# EXHIBIT C

# CASE INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**Case Number:** 21STCV26797
DANNY LOPEZ VS AIRCRAFT SERVICE INTERNATIONAL, INC., ET AL.

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 07/21/2021
**Case Type:** Other Employment Complaint Case (General Jurisdiction)
**Status:** Pending

Click here to access document images for this case
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

# FUTURE HEARINGS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

**01/03/2022** at 08:30 AM in Department 19 at 111 North Hill Street, Los Angeles, CA 90012
Case Management Conference

# PARTY INFORMATION

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

AIR MENZIES INTERNATIONAL USA INC. - Defendant

AIRCRAFT SERVICE INTERNATIONAL INC. - Defendant

JACKSON KEVIN - Attorney for Defendant

LOPEZ DANNY - Plaintiff

MATERN MATTHEW - Attorney for Plaintiff

MENZIES AVIATION USA INC. - Defendant

# DOCUMENTS FILED

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

### Documents Filed (Filing dates listed in descending order)

**09/01/2021** Answer
Filed by Aircraft Service International, Inc. (Defendant); Air Menzies International (USA), Inc. (Defendant); Menzies Aviation (USA), Inc. (Defendant)

**08/11/2021** Proof of Personal Service
Filed by Danny Lopez (Plaintiff)

**08/11/2021** Proof of Personal Service
Filed by Danny Lopez (Plaintiff)

**08/11/2021** Proof of Personal Service
Filed by Danny Lopez (Plaintiff)

**07/28/2021** Notice of Case Management Conference
Filed by Clerk

**07/21/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**07/21/2021** Civil Case Cover Sheet
Filed by Danny Lopez (Plaintiff)

**07/21/2021** Summons (on Complaint)
Filed by Danny Lopez (Plaintiff)

**07/21/2021** Complaint
Filed by Danny Lopez (Plaintiff)

# PROCEEDINGS HELD

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## Proceedings Held (Proceeding dates listed in descending order)
None

# REGISTER OF ACTIONS

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

## Register of Actions (Listed in descending order)

**09/01/2021** Answer
Filed by Aircraft Service International, Inc. (Defendant); Air Menzies International (USA), Inc. (Defendant); Menzies Aviation (USA), Inc. (Defendant)

**08/11/2021** Proof of Personal Service
Filed by Danny Lopez (Plaintiff)

**08/11/2021** Proof of Personal Service
Filed by Danny Lopez (Plaintiff)

**08/11/2021** Proof of Personal Service
Filed by Danny Lopez (Plaintiff)

**07/28/2021** Notice of Case Management Conference
Filed by Clerk

**07/21/2021** Summons (on Complaint)
Filed by Danny Lopez (Plaintiff)

**07/21/2021** Civil Case Cover Sheet
Filed by Danny Lopez (Plaintiff)

**07/21/2021** Notice of Case Assignment - Unlimited Civil Case
Filed by Clerk

**07/21/2021** Complaint
Filed by Danny Lopez (Plaintiff)