# EXHIBIT D

ASIG – LAX: Fuelers
2013–2017

# LABOR AGREEMENT

## Between

# AIRCRAFT SERVICE INTERNATIONAL, INC.
# LAX STATION #503

## and

## TEAMSTERS LOCAL #986
## At
## Los Angeles International Airport
## Los Angeles, California

# FUELING EMPLOYEES

LAX ITP

**Effective: July 1, 2013**

**Amendable Date: June 30, 2017**

ASIG – LAX: Fuelers
2013-2017

# A G R E E M E N T

WHEREAS the parties have been by negotiations and collective bargaining, reached a complete agreement on wages, hours of work, working conditions, and other related, negotiable subjects to be incorporated into a new Labor Agreement, which shall supersede all previous verbal and written agreements applicable to the employees in the bargaining unit defined herein which may have existed between the Employer and the Union.

THIS AGREEMENT made and entered into this **23rd** day of May **2013** in accordance with the provisions of the Railway Labor Act by and between AIRCRAFT SERVICE INTERNATIONAL, INC., hereinafter referred to as "COMPANY" or "EMPLOYER" and TEAMSTERS LOCAL 986, an Affiliate of the International Brotherhood of Teamsters, hereinafter referred to as the "UNION", evidences the desire of the parties hereto to promote and maintain harmonious relations between the Company and its employees, as they are defined in Article I of this Agreement.

## *ARTICLE I - RECOGNITION*

The COMPANY recognizes the UNION as the sole collective bargaining agent for all maintenance and related employees, hereinafter referred to as "employees", of the COMPANY covered by this Agreement as listed in Appendix "A", excluding all other employees and supervisors as defined by applicable law.

## *ARTICLE II - UNION SECURITY*

It shall be a condition of employment that all employees of the EMPLOYER covered by this Agreement who are members of the UNION in good standing on the effective date of this Agreement shall remain members in good standing, and those who are not members on the date of execution of this Agreement shall, on or after the thirty-first (31st) day following the date of execution of the Agreement become and remain members in good standing in the UNION. It shall also be a condition of employment that all employees covered by this Agreement and hired on or after the effective date shall, on or after the thirty-first (31st) day following the beginning of such employment become and remain members in good standing in the UNION, This clause shall become effective on either the effective date or the execution date of this Agreement, whichever occurs later.

The UNION agrees that written notice shall be given to the COMPANY at least seventy-two (72) hours before any regular employee is to be removed from his employment by reason of his failure to maintain his membership in good standing in the UNION, in accordance with this Article.

I

ASIG – LAX: Fuelers
2013-2017

### ARTICLE III – PROBATIONARY PERIOD

All new employees shall be subject to a one hundred and twenty (120) calender days probationary period beginning at the date of their employment, wherein the Employer shall have the right to discharge for any reason whatsoever and without contest through the contractual grievance and arbitrator provision.

### ARTICLE IV - CHECK OFF

The COMPANY shall deduct from the first paycheck of each month and turn over to the UNION for the duration of this Agreement, initiation fees and/or dues of such members of the UNION as individually and voluntarily authorized in writing, such authorizations to comply-with applicable law.

### ARTICLE V - MANAGEMENT RIGHTS

The COMPANY and the UNION agree that the management of the business and the direction of the working forces and all management functions, rights, powers and authority, which the COMPANY has not specifically and expressly limited or abridged by a specific provision of this Agreement, are recognized by the UNION as being reserved and retained exclusively by the COMPANY.

### ARTICLE VI – UNION VISITS/STEWARD RIGHTS

It is agreed that the UNION representative of the UNION shall be admitted on the premises of the EMPLOYER to transact such business as is necessary in the interest of the UNION. It is understood that the UNION Representative will use good judgment and avoid unnecessary interference with work.

The Union may designate any number of Stewards; however the COMPANY will only recognize 1 per shift and the Chief Steward to discuss grievances. The Union will provide the COMPANY with a list of the Stewards it wishes to recognize.

### ARTICLE VII - GRIEVANCE AND ARBITRATION PROCEDURE

1.  For the purpose of this Agreement, the term "grievance" means any dispute between the COMPANY and the UNION or between the COMPANY and any employee of the COMPANY. The COMPANY shall have the right to discharge or discipline an employee for just cause.

2.  Any such grievance shall be settled in accordance with the following grievance procedure:

    **_STEP 1:_**  No grievance shall be entertained or processed unless it is received by either party within 10 working days after occurrence of the event giving rise to the grievance or after the

ASIG – LAX: Fuelers
2013-2017

event, whichever is later. In the event any employee has a grievance, she/he shall report to the Steward during the work shift. The Steward and the aggrieved employee will discuss the employee's complaint and attempt to settle it orally with the employee's supervisor.

**_STEP 2:_** In the event no satisfactory decision is arrived at between the supervisor, the employee and the Steward, within 3 days of the meeting. The Union may file a written grievance with the COMPANY within Five (5) days or it will be adjudged dissolved.

The Union's Business agent shall take the grievance up with the General Manager or a person designated by the General Manager, Such a meeting shall take place within 2 days of the request at a time and place mutually agreed upon between the parties. Within two (2) days of the meeting, the Company's representative shall render his/her decision to the Union's Business Representative in writing. If the UNION rejects the Company's answer, the grievance shall be submitted to arbitration as provided below.

3.      The Union's Business Representative and the Companies General Manager will seek an arbitrator through the American Arbitration Association process. The Decision of the arbitrator shall be final and binding to both parties to this agreement.

   A. There shall be no appeal from the decision of the arbitrator by either the UNION or the COMPANY.

   B. After the case has been referred to arbitration, it may be withdrawn by the submitting party at any time prior to the actual hearing before the arbitrator of settlement by mutual consent between the parties.

   C. An employee who is discharged by the COMPANY and who disputes his/her discharge was for just cause shall have an affirmative duty to mitigate any potential damages which might result to the COMPANY in the event the discharged involved is subject to the Grievance and Arbitration procedure and an arbitrator overrule the discharge. In any dispute over the amount of back pay due an employee under an arbitration award, the arbitrator shall have no authority to award any back pay to that employee unless that employee has affirmatively proven by a preponderance of the evidence that the employee has fulfilled his/her duty to mitigate damages at all times since his/her discharge.

   D. Regardless of the outcome of any matters submitted to arbitration, costs thereof shall be borne by the party requesting these additional services.

## ARTICLE VIII - HOLIDAYS

Full-time employees shall receive the following holidays:

   New Year's Day
   Washington's Birthday (Celebrated Third Monday in February)
   Good Friday

3

ASIG – LAX: Fuelers
2013–2017

Memorial Day (Celebrated Last Monday In May)
Independence Day Labor Day
Veterans Day
Thanksgiving Day Christmas Day

All Full-time employees covered by this Agreement who perform work requested by the COMPANY on a Named Holiday on the listed above, shall be paid double time and one-half (2-1/2x) for all hours worked.

Should any of the contractually listed holidays fall on a Sunday, the day observed by the station shall be considered as the scheduled holiday.

Only Employee hired before December 7, 2009 will be entitled to Veterans Day as a recognized Holiday in this agreement.

## Two (2) Floating Holidays

- Floating Holidays are to be taken as time off from the employee's regularly scheduled shift.
- All full time employees have a Floating Holiday available on January 1" of each year of the Agreement and may use that day upon approval of management. The second Floating Holiday is available on July 1" of each year of the Agreement, and may be used at any time thereafter with the approval of Management. Employees with more than 3 years seniority will have both floating holidays available to use on January 1", each year of the agreement.
- During the first year of employment, all employees hired before July 1" will be entitled to two (2) Floating Holidays. All employees hired after July 1st will be entitled to one (1) Floating Holiday.
- There are no blackout periods for floating holidays.
- The number of available floating holidays taken at any one time is limited by the department manager in accordance with operational requirements.
- Floating holidays are granted on a first come basis.
- If a floating holiday is requested and denied, upon request by the employee will be paid in December of the year earned.
- Floating holidays not used may not be carried over for use in the next year, but will be paid out upon termination.
- Any employee, who is either a military veteran or is currently active in the military, may use his/her floating holiday on Veteran's Day (November 11th) in each year of this agreement.

If an employee has a pre-approved Floating Holiday scheduled, and is then required to work, the employee may designate the day worked as a holiday and be paid two times (2x) his regular pay or he may reschedule that day for a later date to be taken as time off from work. Floating Holidays approved 14 days in advance of the date to be taken may not be cancelled without the approval of the employee.

ASIG – LAX: Fuelers
2013-2017

In the event a Named holiday falls within a regular employee's vacation period, the regular employee shall receive his full vacation in addition to the holiday pay as herein before provided.

To be eligible for holiday pay an employee must:

a. Not have failed to report or perform scheduled work on the holiday after agreeing to work such holiday.
b. Have actually worked one (1) day during the period beginning seven (7) calendar days prior to the holiday and ending seven (7) calendar days following the holiday.

c. Have worked the last full scheduled workday preceding the holiday and the first full scheduled workday succeeding the holiday unless excused by the COMPANY.

## ARTICLE IX - VACATIONS

Full-time employees who have obtained full-time status prior to July 1, 2013 shall receive vacation based on the following schedule:

> After one (1) year of continuous service one (1) week
>
> After two (2) years of continuous service two (2) weeks
>
> After six (6) years of continuous service three (3) weeks
>
> After fifteen years of continuous service four (4) weeks

In the case of severance of employment after eighteen (18) months of service the employee shall be paid for vacation earned, prorated on the basis of one-twelfth (1/12) of two or three weeks' vacation, whichever applies, for each month or major fraction thereof worked since the anniversary date of his employment.

Payment of each week of vacation shall be for forty (40) hours at the applicable rate in effect at the time of vacation.

Vacations will, insofar as possible, be granted at times most desired by employees, but the right of allotment of any vacation period is reserved to the Company in order to insure the orderly operation of the business. No less than forty (40) vacation hours will be granted at any one time. But at the department managers sole discretion single vacation days may be approved.

Every November 15th the vacation bid process will start for the following year, for the vacation period January 1st through December 31st, Employees within departments will be given their choice for a vacation period in accordance with their classification seniority.

Vacation periods will be bid and awarded in the following manner: In each department, the department head will cause to be published by November 15th of each year a list showing

5

ASIG – LAX: Fuelers
2013-2017

employees in the department, their classification seniority, any known restrictions on vacation periods, and a selection chart showing all available vacation time. Starting on December 1st employees in the department will be contacted by the manager/supervisor, each employee in classification seniority order shall make a selection of their vacation choice.

After completion of the annual vacation bid award, any individual written requests for additional vacation will be considered on the basis of the date submitted, and should two (2) or more employees submit their request in the same day, the award shall be based upon seniority.

## ARTICLE X - SICK LEAVE

Full time Employees who have obtained full time status prior to July 1, 2013 will accrue one (1) day of sick leave for each month of service starting on the first day of the month after completing 30 days of service with the EMPLOYER, cumulative to a maximum of Eighty (80) days. Sick leave will be paid only for bona fide sickness or accident and may require the presentation of a doctor's certificate.

Employees with less than one (1) year seniority will have a waiting period of two (2) days for sick leave pay, except in cases of hospitalization. Those employees with more than one (1) year seniority will have no waiting period for sick leave pay

## ARTICLE XI - BEREAVEMENT

All employees shall be granted a leave of absence up to three (3) days; two (2) days will be paid by the COMPANY, there after accrued sick pay may be used upon request when such a leave is due to a death in the employee's immediate family.

The immediate family shall be defined as follows:

        a) father or mother,
        b) grandmother or grandfather;
        c) brother or sister,
        d) husband or wife,
        e) son or daughter.

An employee on such leave of absence may, at the employee's option receive up to five (5) days vacation pay while on leave by drawing from his accrued vacation benefit. Such payment shall be deducted from the employee's vacation pay at the time he received his scheduled vacation.

## ARTICLE XII - NON-DISCRIMINATION

    a. The COMPANY and the UNION agree that there shall be no discrimination against any individual with respect to employment, benefits, terms, or conditions based upon age, sex,

6

ASIG – LAX: Fuelers
2013-2017

color, race, religion, sexual preference, disability or national origin, nor will the COMPANY interfere with, restrain or coerce any employee who, because of his/her membership therein, engages in lawful Union actives.

b. The COMPANY and the UNION recognized that they are required by law not to discriminate against any person with required to employment or UNION membership because of his race, religion, color, sex, national origin, ancestry, age, disability, veteran status, and any other characteristic protected by federal state or local law, and hereby declare their acceptance and support of such laws.

c. Any individual who feels he/she is being subject to sexual, ethnic and other forms of impermissible harassment or discrimination is encouraged to take his/her complaint to the General Manager or his/her designee for resolution fi'st before seeking external remedies.

## ARTICLE XIII - SENIORITY

COMPANY seniority is the length of continuous service of the employee with the EMPLOYER from his most recent date of hire. No employee shall acquire any seniority until he has completed his probationary period. There shall be one hundred and twenty (120) calendar day probationary period before seniority applies. When the employee has completed his probationary period his seniority shall date from date of hire.

The EMPLOYER shall have the absolute right, in its discretion, to layoff, discharge or rehire any probationary employee.

Merit and ability being equal, seniority shall prevail and shall apply to layoffs or reduction in staff, vacations and shift assignments.

Seniority as herein used shall consist of the following factors:

a) Length of continuous service with the COMPANY,
b) Qualifications, ability and past performance,
c) An ability to perform the essential functions of the job.

When (b) and (c) are relatively equal, length of continuous service shall govern. Seniority shall be terminated by:

a) discharge,
b) voluntary quit,
c) failure to report for work within five (5) calendar days after COMPANY deposits written notice of recall from layoff addressed by Certified Mail, Return Receipt Requested, in the United States Post Office, unless an extension of time to so report for work has been granted by the COMPANY in writing.

7

ASIG – LAX: Fuelers
2013-2017

    d) Employees not actively at work exceeding twelve (12) months for any reason may be terminated from the COMPANY.

The COMPANY will post on its bulletin board every three (3) months a list of all employees in the bargaining unit, showing their date of hire.

## ARTICLE XIV - SHIFT BIDDING

Subject to operational requirements of the Airport and/or Company customers, the COMPANY will provide for a general shift bid for employees by classification. The Company will provide for a general shift bid by June 1st of each year of this agreement. Unless there was an operationally required shift bid within three (3) months prior to June 1st.

Seniority shall prevail for all shift bidding. Notices of open shifts will be posted on the employees' bulletin board and must be bid within a seventy-two (72) hour time period. Shift bidding will be for one (1) shift only and all vacancies which result from a shift bid and change will be filled by the EMPLOYER. The Employer may fill the vacancy temporarily during the posting period.

The COMPANY will make every reasonable effort to give seventy-two (72) hours advance notice prior to a new shift bid.

## ARTICLE XV- WAGE RATES

The wage rates for all employees covered by this Agreement shall be as set forth in Appendix "A" attached hereto and made a part of this Agreement.

The EMPLOYER agrees that no employee covered by this Agreement who, prior to the date of this Agreement, was receiving more than the rate of wages designated in this Agreement or conditions better than those herein provided for the class of work in which he/she was engaged, shall suffer a reduction in the rate of wages or conditions of employment through the operation of or because of the adoption of this Agreement, and employees hired subsequent to the date of this Agreement will be governed by the terms and conditions provided herein.

The EMPLOYER agrees to respect the jurisdictional rules of the UNION, and shall not direct or require their employees or persons other than employees in the bargaining units here involved, to perform work which is in violation thereof. The EMPLOYER has the right, in any emergency situation, to permit and direct other employees not in the bargaining unit to perform work normally assigned to members of the UNION.

## ARTICLE XVI - HOURS OF WORK, FULL-TIME EMPLOYEES

1.    <u>Hours of Work:</u>  The full-time employees workweek shall consist of forty (40) hours spread over a seven (7) day period. The workday shall be considered to be eight (8) consecutive

hours or ten (10) consecutive hours of service, exclusive of a one-half (1/2) hour lunch period. Two (2) or three (3) consecutive days of rest will be given.

2.    Overtime:    All full-time employees working over forty (40) hours during any workweek shall be paid at the rate of time and one-half (1-1/2) for all hours worked above 40 hours.

All full-time employees shall receive time and one-half (1-1/2) for all hours worked over eight (8) hours and/or ten (10) hours in a day, depending upon which workweek has been bid by that employee. All full-time employees shall receive double time (2X) for all hours worked over twelve (12) hours in a day.

A.  Those full-time employees working an eight (8) hour day will receive overtime pay at the rate of time and one-half (1-1/2) for all work performed on the sixth (6th) consecutive day worked and double time (2x) for all work performed on the seventh (7th) consecutive day worked in an employee's workweek except for that sixth (6th) and seventh (7th) consecutive day which falls in a week in which an employee has been absent. Those full-time employees working a ten (10) hour day will receive overtime pay at the rate of time and one-half (1-1/2) for all work performed on the fifth (5th) consecutive day worked and double time (2x) for all work performed on the sixth (6th) consecutive day worked and double time and one-half (2-1/2x) for seventh (7th) consecutive day worked in an Employee's workweek except for that fifth (5th), sixth (6th) and seventh (7th) consecutive day which falls in a week in which an employee has been absent.

B.  During a week in which employee is absent, he/she will be paid at the rate applicable to the consecutive days he/she works.

C.  For the purpose of schedule changes and/or shift bids the fifth (5), sixth (6th) and seventh (7th) day overtime rates will not apply.

3.    There shall be no pyramiding of overtime pay.

4.    All overtime shall be distributed among all employees on as equal a basis as is possible. The COMPANY will give advance notice to employees whenever possible. Whenever overtime is necessary to work late flights and the EMPLOYER is unable to schedule a sufficient number of employees to work the operation, the EMPLOYER will draft up from the bottom of the seniority list and those employees so named will be required to work.

6. Minimum Day: Any full-time employee called and reporting for duty on any regularly scheduled workday shall be guaranteed a minimum of eight (8) consecutive hours of work exclusive of lunch time, which shall be one-half (1/2) hour. All employees called to work on overtime days or after regular hours, after they have clocked out and left the premises shall be guaranteed four (4) hours pay at the applicable rate. The COMPANY has the right to reduce the scheduled work hours of any employee on any workday due to canceled flights.

ASIG – LAX: Fuelers
2013-2017

7. The EMPLOYER shall give the employee seven (7) days' notice of shift change, except in case of emergency and when the COMPANY does not receive seven (7) days' notice of the change in conditions which leads to the change of shift.

8. An employee assigned to work in a higher classification shall receive the pay for higher classification for a minimum of one (1) hour and in the event that he works in a higher classification more than four (4) hours, he shall receive the rate for the higher classification for the entire day.

9. Notwithstanding the above provisions, the weekly guarantee shall not apply when the employer's business is closed as a result of an Act of God, Fire, or Airport closure.

## ARTICLE XVII - LEAVE OF ABSENCE

The COMPANY, in compliance with the federal Family Medical Leave Act (FMLA) and the State of California Family Rights Act (CFRA) and pregnancy leave laws (PDL) provides time off, without pay, for eligible employees:

- for the birth of a son or daughter, and to care for the newborn child;
- for the placement with the employee of a child for adoption for foster care, and to care for the newly placed child;
- to care for an immediate family member (spouse/registered domestic partner, child (up to 18 unless they are "incapable of self-care"), or parent but not a parent "in-law") with a serious health condition;
- when the employee is unable to work because of a serious health condition. (Serious health condition is defined in Regulation 29 CFR Part 825.114.);
- to an employee who is disabled on account of pregnancy or a pregnancy-related condition;
- to certain members of the Armed Forces and their family under specified conditions.

This section provides an overview of applicable laws; the COMPANY will comply with applicable laws even if they are not fully addressed in this section, and as they may be amended from time to time during the term of this Contract.

1.    <u>Newborn or Newly Placed Child.</u> Leave to care for a newborn child or for a newly placed child must conclude within 12 months after the birth or placement and may not be taken for intermittent periods of less than two weeks or on a reduced schedule, except that for baby bonding purposes, the COMPANY will grant a request for leave of less than two weeks' duration on any two occasions (unless the employee takes leave for her own serious health condition in connection with the birth of a child or for the serious health condition of the employee's newborn child). Spouses employed by the same employer are limited to a combined total of 12 workweeks, except if leave is taken for the employee's own serious health condition or for the serious health

condition of his or her own child.

2.     <u>12 Workweeks.</u> The Company's FMLA/CFRA leave provides eligible employees upon their request to take unpaid leave for up to 12 workweeks in a "look-back" 12 month period if they meet the following qualifications. Likewise should the employee meet the following qualifications the COMPANY may place the employee on FMLA/CFRA: Employees eligible for the above must: be employed at least 12 months <u>and,</u> work at least 1,250 hours for ASIG in that 12 month period. Where more than one of the leave laws applies, the leaves will run concurrently to the maximum extent possible. Upon written request from the COMPANY to the employee to complete the FMLA "Request for FMLA" form, failure to do so my by the employee within 15 days waives his/her right to FMLA.

3.     <u>Sick Leave or Vacation Time.</u> Employees must use any paid sick leave on FMLA. Employees must use earned vacation time on FMLA. While on FMLA, the employee does not accrue vacation time.

4.     <u>Health Benefits.</u> While on FMLA, the employee is entitled to health benefits (employee is responsible for paying his or her portion of the monthly premium).

5.     <u>Restoration of Job.</u> The employee is generally entitled to be restored to the job occupied prior to the leave or an equivalent position. (Vacation and sick time are not accrued while on the FMLA, but will commence once reinstated to work).

6.     <u>Worker's Compensation.</u> FMLA and worker's compensation are concurrent provided the reason for the absence is due to a qualifying serious health condition.

7.     <u>Foreseeable Leave.</u> Where leave is "foreseeable" ASIG requires: 30 day advance notice via completion of a FMLA Request Form notice, and a certification from a health care provider. (Certification of Physician or practitioner forms and the FMLA Request Form may be obtained from your personnel Representative).

8.     <u>Medical Certification.</u> ASIG requires that medical certification by a health care provider within 15 days when leave is unforeseeable, Where the COMPANY was not made aware that an employee was absent for FMLA reasons and the employee wants the leave counted as FMLA leave, timely notice within two business days of returning to work that leave was taken for an FMLA qualifying reason must be given.

9.     <u>Substance Abuse.</u> Substance abuse may be covered where a stay in an inpatient treatment facility is required. However, absence because of the employee's use of the substance, without treatment, does not qualify for FMLA.

10.    <u>Pregnancy Disability Leave.</u> The Pregnancy Disability Leave (PDL) is for any period(s) of actual disability caused by an employee's pregnancy, childbirth or related medical conditions up

ASIG – LAX: Fuelers
2013-2017

to four months (or 88 work days for a full time employee) per pregnancy. The PDL does not need to be taken in one continuous period of time but can be taken on an as-needed basis. Time off needed for prenatal care, severe morning sickness, doctor-ordered bed rest, childbirth, and recovery from childbirth would all be covered by PDL. The employee requesting PDL must provide a certification from the employee's health care provider to support the leave request or a request for a transfer (if applicable and available). The certification should include the date on which the employee became disabled on account of pregnancy or the date of the medical advisability for the transfer, the probable duration of the disability or transfer need, and a statement that, due to the pregnancy disability, the employee is not able to work at all or to perform any one or more of the essential functions of the position without undue risk to the employee, the successful completion of the pregnancy or to other persons, or a statement that due to the employee's pregnancy a transfer is medically advisable.

11.     <u>Military Caregiver Leave.</u> An eligible employee who is a spouse, son, daughter, parent, or next of kin of a covered service member with a serious injury or illness may take up to a total of 26 workweeks of unpaid leave during a "single 12-month period" to care for the service member. A covered service member is a current member of the Armed Forces, including a member of the National Guard or Reserves, who is undergoing medical treatment, recuperation, or therapy, is otherwise in outpatient status, or is otherwise on the temporary disability retired list, for a serious injury or illness, and eligible employees for veterans undergoing medical treatment, recuperation or therapy for any injury or illness occurring in the line of duty or a veteran who is undergoing medical treatment, recuperation, or therapy for a serious injury or illness if the veteran was a member of the Armed Forces at any time during the period of 5 years preceding the date on which the veteran undergoes the medical treatment, recuperation, or therapy. Caregiver leave can last up to 26 weeks in a single 12-month period to care for the covered service member who has a "serious injury or illness." The "single 12month period" for leave to care for a covered service member with a serious injury or illness begins on the first day the employee takes leave for this reason and ends 12 months later, regardless of the 12 month period established by the employer for other types of FMLA leave. An eligible employee is limited to a combined total of 26 workweeks of leave for any FMLA qualifying reason during the "single 12-month period." (Only 12 of the 26 weeks total may be for a FMLA-qualifying reason other than to care for a covered service member.)

For a current member of the Armed Forces, a serious injury or illness is defined as an injury or illness that was incurred by the member in line of duty on active duty or that existed before the beginning of the member's active duty and aggravated by service in line of duty on active duty in the Armed Forces that my render the member medically unfit to perform the duties of the member's office, grade, rank, or rating. For a veteran, a serious injury or illness means a qualifying (as defined by the Secretary of Labor) injury or illness that was incurred in line of duty on active duty (or existed before the beginning of the member's active duty and was aggravated by service in line of duty on active duty in the Armed Forces) and that manifested itself before or after the member became a veteran.

ASIG – LAX: Fuelers
2013-2017

**12.    Military Exigency Leave.** An eligible employee may take up to a total of 12 workweeks of unpaid leave during the normal 12-month period established by the employer for FMLA leave for qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on active duty, or has been notified of an impending call or order to active duty, in support of a contingency operation. Qualifying exigency leave is available to family members of active duty service members, i.e., members of a regular component of the Armed Forces during deployment with the Armed Forces to a foreign country. For members of the reserve components of the Armed Forces (members of the U.S. National Guard and Reserves), it means during deployment of the member to a foreign country under a call or order to active duty under a provision of law referred to in section 101(a)(1 3)(B) of Title 10, United States Code.

Qualifying exigencies include:

Issues arising from a covered military member's short notice deployment (i.e., deployment on seven or less days of notice) for a period of seven days from the date of notification;

*   Military events and related activities, such as official ceremonies, programs, or events sponsored by the military or family support or assistance programs and informational briefings sponsored or promoted by the military, military service organizations, or the American Red Cross that are related to the active duty or call to active duty status of a covered military member;
*   Certain childcare and related activities arising from the active duty or call to active duty status of a covered military member, such as arranging for alternative childcare, providing childcare on a non-routine, urgent, immediate need basis, en'olling or transferring a child in a new school or day care facility, and attending certain meetings at a school or a day care facility if they are necessary due to circumstances arising from the active duty or call to active duty of the covered military member;
*   Making or updating financial and legal arrangements to address a covered military member's absence;
*   Attending counseling provided by someone other than a health care provider for oneself, the covered military member, or the child of the covered military member, the need for which arises from the active duty or call to active duty status of the covered military member;
*   Taking up to five days of leave to spend time with a covered military member who is on short-term temporary, rest and recuperation leave during deployment;
*   Attending to certain post-deployment activities, including attending arrival ceremonies, reintegration briefings and events, and other official ceremonies or programs sponsored by the military for a period of 90 days following the termination of the covered military member's active duty status, and addressing issues arising from the death of a covered military member;
*   Any other event that the employee and the COMPANY agree is a qualifying exigency.

Spouses employed by the COMPANY are limited to a combined total of 26 workweeks in a

13

"single 12-month period" if the leave is to care for a covered service member with a serious injury or illness, and for the birth and care of a newborn child, for placement of a child for adoption or foster care, or to care for a parent who has a serious health condition.

FMLA leave may be taken intermittently whenever medically necessary to care for a covered service member with a serious injury or illness. FMLA leave also may be taken intermittently for a qualifying exigency arising out of the active duty status or call to active duty of a covered military member. When leave is needed for planned medical treatment, the employee must make a reasonable effort to schedule treatment so as not to unduly disrupt the COMPANY'S operation.

Under certain conditions, employees or the COMPANY may choose to "substitute" (run concurrently) accrued paid leave (such as sick or vacation leave) to cover some or all of the FMLA leave. An employee's ability to substitute accrued paid leave is determined by the terms and conditions of the Company's normal leave policy.

13.    <u>Employee Notice.</u> Employees seeking to use military caregiver leave must provide 30 days advance notice of the need to take FMLA leave for planned medical treatment for a serious injury or illness of a covered service member. If leave is foreseeable but 30 days advance notice is not practicable, the employee must provide notice as soon as practicable - generally, either the same or next business day. An employee must provide notice of the need for foreseeable leave due to a qualifying exigency as soon as practicable. When the need for military family leave is not foreseeable, the employee must provide notice to the employer as soon as practicable under the facts and circumstances of the particular case. Generally, it should be practicable to provide notice for unforeseeable leave within the time prescribed by the COMPANY'S usual and customary notice requirements.

## ARTICLE XVIII - SAFETY AND HEALTH PROVISIONS

The COMPANY shall make reasonable provisions for the safety and health of its employees during the hours of their employment, and all protective devices including earplugs or earmuffs as required, protective clothing and other equipment necessary to properly protect employees from injury shall be provided by the COMPANY.

<u>On The Job Injuries</u>

Any/all on-the-job injuries that are not an emergency or which do not require eminent medical attention, the effected employee will participate in the Company's "Priority Care 365 / ask a Nurse program". The Union and the Company agree that this program evaluates the emergency situation, provides immediate treatment information, provides self-care info for the affected worker, provides follow up care and aid if needed and increase worker satisfaction.

a)   Once an employee reports an injury that is not an emergency or which does not require eminent medical attention to his/her Manager/Supervisor and the employee requires first

ASIG – LAX: Fuelers
2013-2017

aid as defined by OSHA 29 or CFA 1904.7 and then no further care is requested, there is no requirement to call PC 365 Nurse. The Employee will then need to utilize a Medical Refusal Form.

b) If the Employee needs or requests medical care, His/her Manager/Supervisor will contact Ask-a-Nurse at 800-665-0836. The Employee is required to speak with the Nurse. A Nurse will complete an initial medical assessment and derive at a disposition, self-care or medical care for the employee.

## ARTICLE XIX - UNIFORMS

The EMPLOYER shall furnish and maintain all uniforms which shall include the laundering thereof at no cost to the employee. The EMPLOYER will provide employees with a sufficient supply of gloves (once a month).

## ARTICLE XX - HEALTH AND WELFARE

Subject to the terms below as stated for all full time employees, the COMPANY will provide COMPANY health care coverage to all full-time employees, provided the employee submits enrollment paper work within the 6 month waiting period. Benefits are effective the first of the month following 6 months of continuous full-time employment.

The EMPLOYER shall furnish a Group Medical, Dental and Vision Plan for all full-time employees after six (6) months of continuous service.

Single coverage will be provided at no cost to the employee. Employees who do not elect medical coverage will have their wages adjusted per the LWO medical allowance (except for topped out employees whose rates are set forth in Appendix A). Employees electing family coverage will be required to pay for that portion of the premium that exceeds the healthcare allowance of the LWO.

LIFE INSURANCE:

The COMPANY will provide Life Insurance in the amount of ten thousand dollars ($10,000.00) for all full-time employees with more than three (3) years seniority and will provide Life Insurance in the amount of five thousand dollars ($5,000.00) for all full-time employees with less than three (3) years seniority but more than six (6) months seniority.

## ARTICLE XXI - 401 k

The COMPANY will provide to all eligible employees a 401K savings program. The COMPANY extends its 401K program to all eligible employees who satisfy all illegibility requirements as per the plan documents. The plan is subject to change by the COMPANY.

15

ASIG – LAX: Fuelers
2013-2017

### ARTICLE XXII - DRUG & ALCOHOL POLICY

Both the COMPANY and the Union agree to follow the companies Drug and Alcohol policy, and any future revisions. The COMPANY will meet and advise the UNION of any changes to the policy.

### ARTICLE XXIII - NO-STRIKE NO-LOCKOUT

During the life of this Agreement there shall be no strike, slowdown, sit-down, stay-in, boycott, Sympathy strike, picketing, work stoppage or any other type of interference of any kind, coercive or otherwise, with the Company's business by the Union, any of its officers or representatives, or any individual employee, and further, the Union will do everything in its power to prevent its members, officers, representatives, and employees, either individually or collectively, form participating in any unauthorized strike, work stoppage, slowdown or other activity aforementioned, including, but not limited to, publicly disavowing such action and ordering all such officers, representatives, employees, or members who participate in such unauthorized activity to cease and desist from the same immediately and to return to work, along with such other steps as may be necessary. The COMPANY may impose disciplinary measures. The COMPANY agrees not to lockout, or cause to be locked out and employee covered under the provisions of this agreement.

### ARTICLE XXIV – LIVING WAGE ORDINANCE (LWO) PERSONAL TIME

Part –time employees will be entitled to personal time off for a total of twelve (12) compensated days off per year based upon their average hours worked.

Full-time employees who obtain full-time status after July 1, 2013 will be entitled to fifteen (15) compensated days off per year only.

All accrued time not used will be paid upon termination.

### ARTICLE XXV - TERM OF AGREEMENT

This Agreement shall become effective as of July 1, 2013. It shall continue in full force and effect until and including June 30, 2017, and shall renew itself until each succeeding July 1st, thereafter, unless written notice of intended change may be served in accordance with Section 6, Title I of the Railway Labor Act, to be effective, as amended; and provided further that until said procedures are exhausted or until a new Collective Bargaining Agreement is entered into, whichever occurs sooner, all of the terms of this Agreement shall continue to be and remain in full force and effect. A Section 6 notice must be submitted at least ninety (90) but not more than one hundred fifty (150) days prior to July 1, 2017 or any July 1st, thereafter.

A) Any notice given under this section shall be deemed to be served when mailed, postage prepaid, certified mail, return receipt requested, to Aircraft Service International Group,

16

ASIG – LAX: Fuelers
2013-2017

201 S. Orange Avenue, Suite 1100, Orlando, Florida 32801.Attention: Vice President of Human Resources, for service upon the Company and when similarly mailed to the International Brotherhood of Teamsters, Local 986, 1198 Durfee Avenue, S. El Monte, California 91733, for service upon the Union. The date of receipt shown on the registered or certified mail return receipt shall be the controlling date for all purposes under this Agreement.

IN WITNESS WHEREOF, the parties hereto have set their hands and seal this **11**th day of October, 2013.

**AIRCRAFT SERVICE INTERNATIONAL**
**INC. LAX STATION #503**

**GENERAL TEAMSTERS, AIRLINE,**
**AEROSPACE AND ALLIED EMPLOYEES,**
**WAREHOUSEMEN, DRIVERS,**
**CONSTRUCTION, ROCK AND SAND,**
**TEAMSTERS LOCAL 986**

By: _Sheneeka Simmons_                      By: _Cleg Guard_

Title: _Director of HR_                     Title: _National Coordinator_
                                                   _IBT Airline Division_

                                            DAVE ELMORE
                                            B/A Local 986

                                            _Dave Elmore_

17

ASIG – LAX: Fuelers
2013-2017

# *Appendix "A"*

## *Wage scale*

**Full-Time Wages**
- $10.91 per hour in compliance with Living Wage Ordinance, subject to increase $4.76 based on election of benefits

**Part-Time Wages**
- $15.67 per hour

Non-topped out employees will receive LWO increases that occur through the life of the agreement.
Topped out employees will receive either the wage increase component of the LWO or a 2.5% wage increase when such increases occur, whichever is less.

**Top Out Rates**
- Fueler                  $16.50
- Class "A" Fueler        $17.50
- Quality Control         $20.50

ASIG – LAX: Fuelers
2013-2017

## LABOR AGREEMENT
### between
### AIRCRAFT SERVICE INTERNATIONAL, INC. - LAX STATION #503
### and
### TEAMSTERS LOCAL #986
### Los Angeles International Airport

| AGREEMENT | | ...................................................................................... 1 |
|---|---|---|
| ARTICLE I | RECOGNITION | ....................................................................... 1 |
| ARTICLE II | UNION SECURITY | ................................................................. 1 |
| ARTICLE III | PROBATIONARY PERIOD | .................................................. 2 |
| ARTICLE IV | CHECK OFF | ........................................................................ 2 |
| ARTICLE V | MANAGEMENT RIGHTS | ................................................... 2 |
| ARTICLE VI | UNION VISITS/STEWARD RIGHTS | .................................. 2 |
| ARTICLE VII | GRIEVANCE AND ARBITRATION PROCEDURE | .............. 2 |
| ARTICLE VIII | HOLIDAYS | ....................................................................... 3 |
| ARTICLE IX | VACATIONS | ....................................................................... 5 |
| ARTICLE X | SICK LEAVE | ...................................................................... 6 |
| ARTICLE XI | BEREAVEMENT | ................................................................ 6 |
| ARTICLE XII | NON-DISCRIMINATION | ................................................... 6 |
| ARTICLE XIII | SENIORITY | ....................................................................... 7 |
| ARTICLE XIV | SHIFT BIDDING | ............................................................... 8 |
| ARTICLE XV | WAGE RATES | ................................................................... 8 |
| ARTICLE XVI | HOURS OF WORK, FULL-TIME EMPLOYEES | ............... 8 |
| ARTICLE XVII | LEAVE OF ABSENCE | ................................................... 10 |

19

ASIG – LAX: Fuelers
2013-2017

ARTICLE XVIII    SAFETY AND HEALTH PROVISIONS ........................................................ 14

ARTICLE XIX    UNIFORMS ........................................................................................... 15

ARTICLE XX    HEALTH AND WELFARE ........................................................................ 15

ARTICLE XXI    401 K .................................................................................................... 15

ARTICLE XXII    DRUG AND ALCOHOL POLICY ............................................................... 16

ARTICLE XXIII    NO STRIKE NO LOCKOUT ...................................................................... 16

ARTICLE XXIV    LIVING WAGE ORDIANCE PERSONAL TIME ............................................ 16

ARTCILE XXV    TERM OF AGREEMENT .......................................................................... 16

SIGNATURE PAGE ....................................................................................................... 17

APPENDIX "A" WAGE SCALE ....................................................................................... 18

Exhibit D - Page 63

ASIG – LAX: Fuelers
2013-2017

### Letter of Understanding Regarding the Use of the Part-Time Employees

This letter will serve to set forth the Agreement reached by the parties regarding the use of part time employees by the Employer.    Specifically the parties agreed that the current percentage of Part–Time usage (as of March 1, 2013) shall be allowed to remain as a maximum provided business volume and conditions remain at the same level as of March 1, 2013.    If changes in business volume or business conditions warrant after March 1, 2013, an increase in Part-Time usage, the Employer will notify the union prior to implementing the change.

Finally, the Employer acknowledges that increased Part-Time employees will not be allowed simply to change a normal eight (8) hours shift into two (2) contiguous four (4) hour part-time shift.

21