CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>               Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 2:21-cv-07108<br><br>**DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., AND MENZIES AVIATION (USA), INC'S DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Filed concurrently with:<br><br>i.  Notice of Removal;<br>ii. Declaration of Christopher Ward;<br>iii. Civil Cover Sheet; and<br>iv. Proof of Service |

4844-8683-8265.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC. (collectively, "Menzies" or "Defendants") certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff has a pecuniary interest in the outcome of this case because it is the Plaintiff who brought this action.

2. Defendants all have a pecuniary interest in the outcome of this case because they are defendants.

3. Additionally, John Menzies, PLC, the ultimate parent company of Menzies Aviation (USA), Inc. and Air Menzies International (USA), Inc. is publicly traded on the London Stock Exchange, and may have a pecuniary interest in the outcome of this case.

DATED: September 2, 2021            **FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson


/s/ Christopher Ward
Christopher Ward
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.