1  CHRISTOPHER WARD, CA Bar No. 238777
      cward@foley.com
2  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
4  FACSIMILE:  213.486.0065

5  KEVIN JACKSON, CA Bar No. 278169
      kjackson@foley.com
6  **FOLEY & LARDNER LLP**
   11988 EL CAMINO REAL, SUITE 400
7  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
8  FACSIMILE:  858.792.6773

9  Attorneys for Defendants AIRCRAFT
   SERVICE INTERNATIONAL, INC.,
10 AIR MENZIES INTERNATIONAL
   (USA), INC., and MENZIES
11 AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108<br><br>**PROOF OF SERVICE**<br><br>Filed concurrently with:<br><br>i. Notice of Removal;<br>ii. Declaration of Christopher Ward;<br>iii. Civil Cover Sheet; and<br>iv. Disclosure Statement and Certification and Notice of Interested Parties |

PROOF OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594.

On September 2, 2021, I served the foregoing document(s) described as:

1. **DEFENDANTS AIRCRAFT SERVICES INTERNATIONAL, INC., AIR MENZIES INTERNATION (USA), INC., AND MENZIES AVIATION (USA), INC.'S NOTICE OF REMOVAL OF ACTION (FEDERAL QUESTION JURIDICTION);**

2. **DECLARATION OF CHRISTOPHER WARD IN SUPPORT OF DEFENDANTS AIRCRAFT SERVICES INTERNATIONAL, INC., AIR MENZIES INTERNATION (USA), INC., AND MENZIES AVIATION (USA), INC.'S NOTICE OF REMOVAL OF ACTION (FEDERAL QUESTION JURIDICTION);**

3. **CIVIL COVER SHEET; AND**

4. **DEFENDANTS AIRCRAFT SERVICES INTERNATIONAL, INC., AIR MENZIES INTERNATION (USA), INC., AND MENZIES AVIATION (USA), INC.'S DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the interested parties in this action as follows:

| | |
|---|---|
| Matthew J. Matern<br>Tagore O. Subramaniam<br>Max Sloves<br>Matern Law Group, PC<br>1230 Rosecrans Avenue, Suite 200<br>Manhattan Beach, CA 90266<br>Telephone:  310-531-1900<br>Facsimile:   310-531-1901<br>Email: mmatern@maternlawgroup.com<br>         tagore@maternlawgroup.com<br>         msloves@maternlawgroup.com | Attorneys for Plaintiff DANNY LOPEZ |

  X    BY MAIL

    X    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Diego, California.  I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

| | | |
|---|---|---|
| _X_ | BY E-MAIL | |
| | _X_ | I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein. |
| _X_ | Executed on September 2, 2021, at San Diego, California. | |
| _X_ | | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| _X_ | | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

*Sonia Moreno* (signature)
Sonia Moreno