| | |
|---|---|
| 1 | CHRISTOPHER WARD, CA Bar No. 238777 |
| 2 | cward@foley.com<br>**FOLEY & LARDNER LLP** |
| 3 | 555 SOUTH FLOWER STREET, SUITE 3300<br>LOS ANGELES, CA 90071-2418 |
| 4 | TELEPHONE: 213.972.4500<br>FACSIMILE: 213.486.0065 |
| 5 | KEVIN JACKSON, CA Bar No. 278169 |
| 6 | kjackson@foley.com<br>**FOLEY & LARDNER LLP** |
| 7 | 11988 EL CAMINO REAL, SUITE 400<br>SAN DIEGO, CA 92130-2594 |
| 8 | TELEPHONE: 858.847.6700<br>FACSIMILE: 858.792.6773 |
| 9 | Attorneys for Defendants AIRCRAFT |
| 10 | SERVICE INTERNATIONAL, INC.,<br>AIR MENZIES INTERNATIONAL |
| 11 | (USA), INC., and MENZIES<br>AVIATION (USA), INC. |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>    Plaintiff,<br><br>    vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-07108-AS<br><br>**PROOF OF SERVICE**<br><br><br>Judge:    Alka Sagar<br>Ctrm.:    540 |

PROOF OF SERVICE
Case No. 2:21-cv-07108-AS

4810-7316-3769.1

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594.

On September 3, 2021, I served the foregoing document(s) described as:

**1. NOTICE TO COUNSEL (FOR USE IN DIRECT ASSIGNMENT OF CIVIL CASES TO MAGISTRATE JUDGES PROGRAM ONLY); and**

**2. STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, FORM CV-11C**

on the interested parties in this action as follows:

| | |
|---|---|
| Matthew J. Matern<br>Tagore O. Subramaniam<br>Max Sloves<br>Matern Law Group, PC<br>1230 Rosecrans Avenue, Suite 200<br>Manhattan Beach, CA 90266<br>Telephone:  310-531-1900<br>Facsimile:   310-531-1901<br>Email: mmatern@maternlawgroup.com<br>         tagore@maternlawgroup.com<br>         msloves@maternlawgroup.com | Attorneys for Plaintiff DANNY LOPEZ |

__X__   BY MAIL

  __X__   I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at San Diego, California. I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

__X__   BY E-MAIL
  __X__   I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein.

__X__   Executed on September 3, 2021, at San Diego, California.

__X__   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Sonia Moreno* (signature)<br>Sonia Moreno