UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-07108-AS | Date | September 8, 2021 |
|---|---|---|---|
| Title | Danny Lopez v. Aircraft Service International, Inc. et al | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| **Attorneys for Plaintiff:** | | **Attorneys for Defendant:** |
| N/A | | N/A |

**Proceedings:**     **(In Chambers) ORDER**

    This action has been assigned to the calendar of Magistrate Judge Alka Sagar under the Civil Consent Pilot Project. The parties are reminded to review the time requirements for consent set forth in the Notice to Counsel that was issued at the time of the filing of the complaint. Plaintiff is instructed to forthwith serve a copy of this Order on all parties that have already been served with the summons and complaint, or to serve all parties with a copy of this Order at the time of service of the summons and complaint.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |