NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER

Christopher Ward (SBN 238777), cward@foley.com
Foley & Lardner LLP
555 South Flower Street, Ste 3300, Los Angeles, CA 90071
Telephone: 231-972-4500 / Facsimile: 231-486-0065

ATTORNEY(S) FOR: Aircraft Service International, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Danny Lopez, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff(s)<br>v.<br>Aircraft Service International, Inc., a corporation; Air Menzies International (USA), Inc., a corporation; Menzies Aviation (USA), Inc., a corporation; et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21-cv-07108-AS<br><br>**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br>(For use in Direct Assignment of Civil Cases to Magistrate Judges Program Only) |

**(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)**

In accordance with General Order 12-02 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge Alka Sagar. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐ The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☒ The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| Christopher Ward | /s/ Christopher Ward   09-09-2021 | Defs Aircraft Service International, Inc., Air Menzies International (USA), Inc., and Menzies Aviation (USA), Inc. |

**NOTICE TO COUNSEL FROM CLERK:**

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (05/14)   STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)