Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: CV 21-7108-DMG (Ex)    Title: Danny Lopez v. Aircraft Service Int'l, Inc., et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ ] Court   [x] Jury<br>Duration Estimate: 21 days | 7-25-23<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 6-27-23<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 2-18-22 |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 9-30-22<br>10-7-22 |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 3-21-23 |
| Motion Cut-Off  (filing deadline)<br>Last hearing date for dispositive motions | 3-31-23<br>5-5-23 |
| Initial Expert Disclosure & Report Deadline | 4-25-23 |
| Rebuttal Expert Disclosure & Report Deadline | 5-23-23 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 6-6-23 |
| Settlement Conference Completion Date | 5-30-23 |
| Joint Status Report re Settlement | 6-6-23 |
| Motions in Limine Filing Deadline | 6-6-23 |
| Opposition to Motion in Limine Filing Deadline | 6-13-23 |
| Proposed Pretrial Conference Order | 6-6-23 |
| Contentions of Fact/Law | 6-6-23 |
| Pretrial Exhibit Stipulation | 6-6-23 |
| Joint Exhibit List | 6-6-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 6-6-23 |
| Agreed Statement of the Case | 6-6-23 |
| Proposed Voir Dire Questions | 6-6-23 |
| Joint Statement of Jury Instructions &<br>Joint Statement of Disputed Instructions | 6-6-23 |
| Verdict Forms | 6-6-23 |