CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>                Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**DEFENDANT MENZIES AVIATION, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO STAY**<br><br>Date:    March 18, 2022<br>Time:   9:30 a.m.<br>Ctrm.:   8C, 8th Floor<br>Judge:  Hon. Dolly M. Gee |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Local Rule 7-16, Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.[1] (collectively, "Menzies" or "Defendants") hereby withdraw the Motion to Stay All Further Litigation (Dkt. 20, the "Motion"), currently scheduled for hearing on March 18, 2022 at 9:30 a.m. Defendants mistakenly overlooked the meet and confer requirement of Local Rule 7-3. Defendants therefore hereby withdraw its Motion to Stay so that they may complete the meet and confer process. Defendants will subsequently file a corrected Motion in the event the parties are unable to reach a compromised resolution with regard to the subject matter of Defendants' Motion.

DATED: February 7, 2022

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

/s/ Christopher Ward
Christopher Ward
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

---

[1] Named defendant "Air Menzies International (USA), Inc." is not an existent or proper entity and has no relationship to Plaintiff's employment with Menzies. It has not been served nor responded to the Complaint and has no valid involvement in this case.