CHRISTOPHER WARD, CA Bar No. 238777
 cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

KEVIN JACKSON, CA Bar No. 278169
 kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendants AIRCRAFT
SERVICE INTERNATIONAL, INC.,
AIR MENZIES INTERNATIONAL
(USA), INC., and MENZIES
AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,

                    Plaintiff,

          vs.

AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,

                    Defendants.

Case No. 2:21-cv-07108-DMG-Ex

**DEFENDANT MENZIES AVIATION, INC.'S NOTICE OF MOTION AND MOTION TO STAY ALL FURTHER LITIGATION**

*[Concurrently Filed concurrently with Memorandum of Points and Authorities In Support of; Declaration of Talin Bazerkanian; Declaration of Kevin Jackson and [Proposed] Order]*

Date:      April 8, 2022
Time:      9:30 a.m.
Ctrm.:     8C, 8th floor
Judge:     Hon. Dolly M. Gee

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 8, 2022 at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 8C, 8th Floor, before the Honorable Dolly M. Gee, of the above-captioned Court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.[1] (collectively, "Menzies") will, and hereby do, move the Court for an order to stay all further litigation and proceedings in this matter as they pertain to Plaintiff's California Private Attorneys' General Act ("PAGA") claims.

This Motion is made upon the grounds that the United States Supreme Court granted *certiorari* to consider whether the Federal Arbitration Act preempts California's prohibition of PAGA waivers in arbitration agreements, and such ruling will directly impact this litigation because Plaintiff executed an arbitration agreement containing a representative/collective action waiver. This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 7, 2022 and February 22, 2022.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Declaration of Talin Bazerkanian, Declaration of Kevin Jackson and exhibits thereto, the records and pleadings on file herein, all of which the Court is requested to take judicial notice thereof, and upon such oral or documentary evidence as may be presented at the time of hearing thereon.

///
///
///
///
///
///

---

[1] Named defendant "Air Menzies International (USA), Inc." is not an existent or proper entity and has no relationship to Plaintiff's employment with Menzies. It has not been served nor responded to the Complaint and has no valid involvement in this case.

DATED:  March 8, 2022

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson


/s/ Christopher Ward
Christopher Ward
Attorneys for Defendants AIRCRAFT
SERVICE INTERNATIONAL, INC., AIR
MENZIES INTERNATIONAL (USA), INC.,
and MENZIES AVIATION (USA), INC.