CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees, <br><br> Plaintiff, <br><br> vs. <br><br> AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-07108-DMG-Ex <br><br> **DECLARATION OF KEVIN JACKSON IN SUPPORT OF DEFENDANT MENZIES AVIATION, INC.'S MOTION TO STAY ALL FURTHER LITIGATION** <br><br> *[Concurrently Filed concurrently with Notice of Motion and Motion; Memorandum of Points and Authorities In Support of; Declaration of Talin Bazerkanian and [Proposed] Order]* <br><br> Date:   April 8, 2022 <br> Time:   9:30 a.m. <br> Ctrm.:  8C, 8th floor <br> Judge:  Hon. Dolly M. Gee |

## **DECLARATION OF KEVIN JACKSON**

I, Kevin Jackson, declare as follows:

1. I am Senior Counsel at Foley & Lardner LLP, counsel of record for Menzies Aviation, Inc. ("Menzies" or "Defendant") in the above-captioned action. I am admitted to practice in the United States District Court for the Central District of California. I have personal knowledge of each of the facts set forth below, and if called to testify, could and would testify competently thereto.

2. On February 7, 2022, pursuant to Civil Rule 7-3, I initiated efforts to conduct a meet and confer conference with Plaintiff's counsel, Tagore Subramaniam, to discuss the grounds for Defendant's Motion to Stay ("Motion"). I sent Mr. Subramaniam and his co-counsel email correspondence identifying the grounds for the Motion. On February 22, 2022, we continued our efforts to meet and confer by conducting a telephonic meet and confer conference, during which we discussed our respective positions on the relevant facts and law and whether we could reach a resolution that eliminates the necessity of the Motion and a hearing thereon. Ultimately, we were unable to reach a stipulation regarding the substance of the Motion.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 8th day of March 2022 at San Diego, California.

By: _____
Kevin Jackson