CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MENZIES AVIATION, INC.'S MOTION TO STAY ALL FURTHER LITIGATION**<br><br>*[Concurrently Filed concurrently with Notice of Motion and Motion to Stay; Memorandum of Points and Authorities in Support of; and Declaration of Talin Bazerkanian and Declaration of Kevin Jackson]*<br><br>Date: April 8, 2022<br>Time: 9:30 a.m.<br>Ctrm.: 8C, 8th floor<br>Judge: Hon. Dolly M. Gee |

[PROPOSED] ORDER
Case No. 2:21-cv-07108-DMG-Ex

Defendant Menzies Aviation, Inc.'s ("Menzies") Motion to Stay All Further Litigation came on for hearing on April 8, 2022 at 9:30 a.m., in Courtroom 8C of the above-captioned court.  This Court, having considered the Defendant's Motion, including all papers filed in support thereof and in opposition thereto, and good cause appearing therefore, orders the following:

**IT IS HEREBY ORDERED:**

1. This action should be stayed pending the resolution of *Vicking River*.

**IT IS SO ORDERED.**

DATE:

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE