| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Matthew J. Matern (SBN 159798) mmatern@maternlawgroup.com Matthew W. Gordon (SBN 267971) mgordon@maternlawgroup.com MATERN LAW GROUP, PC 1230 Rosecrans Avenue, Suite 200 Manhattan Beach, California 90266 Tel.: (310) 53101900; Fax: (310) 531-1901 | |
| ATTORNEY(S) FOR: Plaintiff Danny Lopez | |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| DANNY LOPEZ<br><br>Plaintiff(s),<br><br>v.<br><br>AIRDRAFT SERVICE INTERNATIONAL, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:21-cv-07108-DMG(Ex)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff DANNY LOPEZ  or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DANNY LOPEZ | Plaintiff |
| AIRCRAFT SERVICE INTERNATIONAL, INC. | Defendant |
| AIR MENZIES INTERNATIONAL (USA), INC. | Defendant |
| MENZIES AVIATION (USA), INC. | Defendant |

March 14, 2022                              /s/ Matthew W. Gordon
Date                                        Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Danny Lopez