MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
MAX N. SLOVES (SBN 217676)
msloves@maternlawgroup.com
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:   (310) 531-1901

Attorneys for Plaintiff DANNY
LOPEZ, individually, and on behalf of
other aggrieved employees

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of other aggrieved employees<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108 DMG(Ex)<br><br>[Assigned to the Honorable Dolly M. Gee, Courtroom 8C]<br><br>**DECLARATION OF MAX N. SLOVES IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STAY**<br><br>[*Concurrently Filed with Memorandum of Points and Authorities*]<br><br>Date: April 8, 2022<br>Time: 9:30 a.m.<br>Ctrm.: 8C, 8th floor<br>Judge: Hon. Dolly M. Gee<br><br>Action Filed:    July 21, 2021<br>Removed:         September 2, 2021<br>Trial Date:       July 25, 2023 |

MATERN LAW
GROUP
1230 ROSECRANS
AVENUE, SUITE 200
MANHATTAN BEACH, CA
90266

-1-
**DECLARATION OF MAX N. SLOVES**

## <u>DECLARATION OF MAX N. SLOVES</u>

I, Max N. Sloves, hereby declare as follows:

1.      I am an attorney at Matern Law Group, PC ("MLG"), counsel of record for Plaintiff Danny Lopez ("Plaintiff") in the above-captioned matter filed against Aircraft Service International, Inc.; Air Menzies International (USA), Inc.; Menzies Aviation (USA), Inc. (collectively "Menzies" or "Defendants"). I am admitted to practice in United States District Court for the Central District of California. I have personal knowledge of the facts contained in this declaration and, if called as a witness, I could and would testify as to their accuracy.

2.      I am informed and believe that Defendants provide commercial aviation services, including ground handling, fueling, cargo, and ancillary services at airports throughout North America, including Los Angeles International Airport.

3.      Plaintiff is a non-exempt employee who began working for Defendants in December, 2007.

4.      On February 11, 2021, Plaintiff gave written notice by online submission to the California Labor and Workforce Development Agency ("LWDA") and by certified mail to Defendants, of the specific provisions of the Labor Code and IWC Wage Orders that Plaintiff alleges Defendants violated, including the facts and theories to support the alleged violations.

5.      Plaintiff waited over 65 days after providing the February 11, 2021 notice and did not receive any response from the LWDA, satisfying the legal requirement to bring a private attorney general action pursuant to the PAGA.

6.      On July 21, 2021, Plaintiff filed a representative action pursuant to the PAGA against Defendants for violations of the Labor Code, including failure to properly provide meal and rest breaks, failure to pay overtime and minimum wages, failure to timely pay wages due during employment, failure to pay all wages due to discharged and quitting employees, failure to maintain required records, failure to furnish accurate

MATERN LAW GROUP
1230 ROSECRANS AVENUE
SUITE 200
MANHATTAN BEACH, CA
90266

-2-
**DECLARATION OF MAX N. SLOVES**

1    itemized wage statements, and failure to indemnify employees for business expenses

2    incurred in the discharge of their duties.

3         7.       As of the date of this declaration, the parties have not yet conducted any

4    formal or informal discovery in this matter.

5         8.       The parties met and conferred to discuss resolution of the claim by private

6    mediation. The parties chose a mediator, scheduled a mediation for July 21, 2022, and

7    presented the mediation date to the Court.

8         9.       Having committed to participate in private mediation, the parties agreed to

9    engage in informal discovery but before any discovery was initiated, Defendants filed their

10   motion to stay proceedings.

11            Executed this 18th day of March, 2022, in Manhattan Beach, California.

12

13                        _/s/ Max N. Sloves_____

14                        Max N. Sloves

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MATERN LAW
GROUP
1230 ROSECRANS AVENUE
SUITE 200
MANHATTAN BEACH, CA
90266

**DECLARATION OF MAX N. SLOVES**