1  CHRISTOPHER WARD, CA Bar No. 238777
     cward@foley.com
2  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   TELEPHONE:  213.972.4500
4  FACSIMILE:   213.486.0065

5  KEVIN JACKSON, CA Bar No. 278169
     kjackson@foley.com
6  **FOLEY & LARDNER LLP**
   11988 EL CAMINO REAL, SUITE 400
7  SAN DIEGO, CA 92130-2594
   TELEPHONE:  858.847.6700
8  FACSIMILE:   858.792.6773

9  Attorneys for Defendants AIRCRAFT
   SERVICE INTERNATIONAL, INC.,
10 AIR MENZIES INTERNATIONAL
   (USA), INC., and MENZIES
11 AVIATION (USA), INC.

12

13              **UNITED STATES DISTRICT COURT**

14       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees, | Case No. 2:21-cv-07108-DMG-Ex |
| Plaintiff, | **DECLARATION OF KEVIN JACKSON IN SUPPORT OF DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC. AND MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION** |
| vs. | |
| AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive, | *[Concurrently Filed concurrently with Notice of Motion and Motion to Compel, Declaration of Talin Bazerkanian and [Proposed] Order]* |
| Defendants. | Date:      August 19, 2022<br>Time:      9:30 a.m.<br>Ctrm.:     8C, 8th floor<br>Judge:    Hon. Dolly M. Gee |

DECLARATION OF JACKSON ISO MOTION TO COMPEL ARBITRATION
Case No. 2:21-cv-07108-DMG-Ex

**DECLARATION OF KEVIN JACKSON**

I, Kevin Jackson, declare as follows:

1.      I am an attorney and duly licensed to practice law in the State of California and I am senior counsel at the law firm of Foley & Lardner, LLP, attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and Menzies Aviation (USA), Inc. (collectively, "Defendants") in the above-captioned action. I have firsthand personal knowledge of the facts contained in this declaration and if called upon to testify, I would and could do so as set forth herein.

2.      On June 24, 2022, I initiated efforts to meet and confer with Plaintiff's counsel regarding the Arbitration Agreement and the impact of the United States Supreme Court's decision in *Viking River Cruises, Inc. v. Moriana*, No. 20-1573 (2022). I exchanged email correspondence with Plaintiff's counsel on June 30, 2022 regarding the impact of *Viking River* on the enforceability of the relevant Arbitration Agreement with respect to Plaintiff's claims under the Private Attorneys' General Act of 2004 ("PAGA"). On July 1, 2022, I conducted a telephonic conference with Plaintiff's counsel (Max Stoves). We discussed each party's respective position regarding *Viking River* and the impact on the parties' Arbitration Agreement. Unfortunately, we could not reach a stipulation, and I informed Mr. Stoves that Defendants would proceed to file a motion to compel arbitration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 14, 2022 at San Diego, California.

_____
KEVIN JACKSON

4869-0553-8854.1