CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC., AIR MENZIES INTERNATIONAL (USA), INC., and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC. AND MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>*[Concurrently Filed concurrently with Notice of Motion and Motion to Compel, Declaration of Kevin Jackson and Declaration of Talin Bazerkanian]*<br><br>Date:     August 19, 2022<br>Time:    9:30 a.m.<br>Ctrm.:   8C, 8th floor<br>Judge:   Hon. Dolly M. Gee |

# [PROPOSED] ORDER

The Motion of Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc. ("Defendants") to Compel Arbitration of Plaintiff Danny Lopez (the "Motion") was heard on August 19, 2022 at 9:30 a.m. in Courtroom 8C of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA 90012.  The appearances of counsel are noted in the Court's record.

Having read the parties' briefing and documents filed in support thereof, and having heard argument from counsel, on proof being made to the satisfaction of the Court that a written agreement to arbitrate exists, that Plaintiff refuses to arbitrate, and that good cause exists therefore:

**IT IS ORDERED** that the Motion to Compel Arbitration is **GRANTED.**

**IT IS FURTHER ORDERED** that the dispute between Plaintiff and Defendants arising out of the contracts between them be arbitrated in accordance with the terms of the arbitration agreement at issue, and that Plaintiff submit his individual claim under the Private Attorneys' General Act of 2004 ("PAGA") to arbitration.

**IT IS FURTHER ORDERED** that Plaintiff's "representative" PAGA claims brought on behalf of other "aggrieved employees" is hereby dismissed.

Dated: _____

                                                 Hon. Dolly M. Gee
                                               United States District Court Judge