CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>               Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC.'S AND MENZIES AVIATION (USA), INC.'S AMENDED NOTICE OF HEARING ON MOTION TO COMPEL ARBITRATION**<br><br>Date:    August 26, 2022<br>Time:   9:30 a.m.<br>Ctrm.:   8C, 8th floor<br>Judge:  Hon. Dolly M. Gee |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 26, 2022 at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom 8C, 8th Floor, before the Honorable Dolly M. Gee, of the above-captioned Court, located at First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.[1] (collectively, "Menzies") will, and hereby do, move the Court for an order to compel arbitration.

This Motion is made upon the grounds that Plaintiff is bound by an agreement to arbitrate employment-related disputes, including those raised by the Complaint on file herein, and has also expressly waived the right to bring or join in any collective or class action as to such claims or to otherwise consolidate a covered claim with the claims of others. The agreement to arbitrate is enforceable pursuant to the provisions of the Federal Arbitration Act.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, Declaration of Kevin Jackson, Declaration of Talin Bazerkanian and exhibits thereto, the records and pleadings on file herein, all of which the Court is requested to take judicial notice thereof, and upon such oral or documentary evidence as may be presented at the time of hearing thereon.

DATED: July 18, 2022

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

/s/ Christopher Ward
Christopher Ward
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

---

[1] Named defendant "Air Menzies International (USA), Inc." is not an existent or proper entity and has no relationship to Plaintiff's employment with Menzies. It has not been served nor responded to the Complaint and has no valid involvement in this case.