# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LOPEZ<br><br>Plaintiff(s),<br><br>v.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–07108–DMG–E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __7/18/2022__

Document Number(s):   __30__

Title of Document(s):   __Defendants' Amended Notice of Hearing on Motion to Compel Arbitration__

**ERROR(S) WITH DOCUMENT:**

Defendants must file an appropriate pleading for the judge's approval in order to continue the hearing date from 8/19/2022 to 8/26/2022.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:_ July 20, 2022_      By:  _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.