# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DANNY LOPEZ, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 21-7108-DMG (Ex) |
| v. | |
| AIRCRAFT SERVICE INTERNATIONAL, INC., et al., | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| July 18, 2022 | 30 | Defendants' Amended Notice of Hearing |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken.

☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: July 21, 2022     By: Kane Tien
                             Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge