```
CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
FOLEY & LARDNER LLP
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
PHONE: 213.972.4500 / FAX: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
FOLEY & LARDNER LLP
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
PHONE: 858.847.6700 / FAX: 858.792.6773
```

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

```
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
MAX N. SLOVES (SBN 217676)
msloves@maternlawgroup.com
MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE, SUITE 200
MANHATTAN BEACH, CA 90266
PHONE: 310-531-1900 / FAX: 310-531-1901
```

Attorneys for Plaintiff DANNY LOPEZ, individually, and on behalf of other aggrieved employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>                    Plaintiff,<br><br>    vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION**<br><br>Judge:    Hon. Dolly M. Gee<br>Ctrm.:    8C, 8th floor<br><br>Case Removed: September 2, 2021 |

Plaintiff Danny Lopez ("Plaintiff") and Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.[1] ("Defendants") (collectively the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 14, 2022, Defendants filed its Notice of Motion and Motion to Compel Arbitration ("Motion") in the above-captioned case noticing hearing for August 19, 2022 (ECF No. 29).

WHEREAS, lead counsel for Defendants has unavoidable calendar conflicts on the day and time currently set for the Motion to Compel Arbitration on August 19, 2022.

WHEREAS, the Parties have conferred and agreed, subject to the Court's approval, to continue the hearing date for the Motion to Compel Arbitration currently set for August 19, 2022, at 9:30 a.m. to August 26, 2022, at 9:30 a.m., when lead counsel for all Parties are mutually available to attend the hearing on Defendants' Motion to Compel Arbitration.

WHEREAS, the Parties have conferred and agreed, subject to the Court's approval, to continue the corresponding dates for Plaintiff to file his opposition brief and Plaintiff to file its reply brief, pursuant to Local Rule 7-11.

NOW THEREFORE, in the interests of judicial efficiency, the Parties hereby stipulate and respectfully request that the Court continue the hearing date for Defendants' Motion to Compel Arbitration currently set for August 19, 2022, at 9:30 a.m. to August 26, 2022, at 9:30 a.m. or a time thereafter when the Court is available to hold the hearing, with Plaintiff's opposition and Defendant's reply briefs due to be submitted according to the new hearing date pursuant to Local Rule 7-11.

///

///

///

///

---

[1] Named defendant "Air Menzies International (USA), Inc." is not an existent or proper entity and has no relationship to Plaintiff's employment with Menzies. It has not been served nor responded to the Complaint and has no valid involvement in this case.

STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL
-1-
Case No. 2:21-cv-07108-DMG-Ex

4895-7299-8699.1

| | | |
|---|---|---|
| DATED: July 29, 2022 | | **FOLEY & LARDNER LLP**<br>Christopher Ward<br>Kevin Jackson |

*/s/ Christopher Ward*
Christopher Ward
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

DATED: July 29, 2022          **MATERN LAW GROUP, PC**

*/s/ Max N. Sloves*
Matthew J. Matern
Matthew W. Gordon
Max N. Sloves
Attorneys for Plaintiff DANNY LOPEZ, individually and on behalf of other aggrieved employees

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: July 29, 2022          */s/ Christopher Ward*
Christopher Ward