CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
PHONE: 213.972.4500 / FAX: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
PHONE: 858.847.6700 / FAX: 858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
MAX N. SLOVES (SBN 217676)
msloves@maternlawgroup.com
**MATERN LAW GROUP, PC**
1230 ROSECRANS AVENUE, SUITE 200
MANHATTAN BEACH, CA 90266
PHONE: 310-531-1900 / FAX: 310-531-1901

Attorneys for Plaintiff DANNY LOPEZ, individually, and on behalf of other aggrieved employees

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>                Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION**<br><br>Judge:    Hon. Dolly M. Gee<br>Ctrm.:    8C, 8th floor<br><br>Case Removed: September 2, 2021 |

1  Pursuant to the Parties' Stipulation to Continue Hearing on Motion to Compel
2  Arbitration (ECF No. 33), and good cause appearing, the Court hereby continues the
3  hearing date currently set for August 19, 2022, at 9:30 a.m. to August 26, 2022, at 9:30
4  a.m. Plaintiff's opposition and Defendant's reply briefs are due to be submitted according
5  to the new hearing date, pursuant to Local Rule 7-11.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Dolly M. Gee
United States District Judge