**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
MAX N. SLOVES (SBN 217676)
msloves@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiff DANNY LOPEZ, individually, and on behalf of other aggrieved employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of other aggrieved employees<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108 DMG(Ex)<br><br>[Assigned to the Honorable Dolly M. Gee, Courtroom 8C]<br><br>**DECLARATION OF DANNY LOPEZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>[*Concurrently Filed with Memorandum of Points and Authorities*]<br><br>Date:     August 19, 2022<br>Time:     9:30 a.m.<br>Ctrm.:    8C, 8th floor<br>Judge:    Hon. Dolly M. Gee<br><br>Action Filed:  July 21, 2021<br>Removed:      September 2, 2021<br>Trial Date:    July 25, 2023 |

## DECLARATION OF DANNY LOPEZ

I, Danny Lopez, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and could and would readily and competently testify under oath if called as a witness.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Petition to Enforce Arbitration.

3. I was employed by Defendants as a field technician in the fueling department at Los Angeles International Airport from on or about December 2007 to on or about April 2021. Among my responsibilities as a field technician, I physically added fuel to both passenger and cargo airplanes involved in both foreign and domestic interstate travel.

4. During the course of my employment, I have no recollection of signing any agreement to arbitrate with Defendants.

5. I do not recall seeing an agreement to arbitrate during my employment with Defendants and I am not certain as to what an agreement to arbitrate is.

Executed this 29th day of July, 2022, in Inglewood, California.

*/s/ Danny Lopez*
Danny Lopez