**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 21-7108-DMG (Ex)<br><br>**ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION [33]** |

Pursuant to the Parties' Stipulation to Continue Hearing on Motion to Compel Arbitration [Doc. # 33], and good cause appearing, the Court hereby continues the hearing date currently set for August 19, 2022 at 9:30 a.m. to **August 26, 2022 at 9:30 a.m.** Defendants' reply brief shall be due to be filed in accordance with the new hearing date, pursuant to Local Rule 7-11.

**IT IS SO ORDERED.**

DATED: August 1, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE