**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
tagore@maternlawgroup.com
MAX N. SLOVES (SBN 217676)
msloves@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901

Attorneys for Plaintiff DANNY LOPEZ, individually, and on behalf of other aggrieved employees

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of other aggrieved employees<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108 DMG(Ex)<br><br>[Assigned to the Honorable Dolly M. Gee, Courtroom 8C]<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:   July 21, 2021<br>Removed:       September 2, 2021<br>Trial Date:      July 25, 2023 |

Plaintiff Danny Lopez ("Plaintiff") and Defendants Aircraft Service International, Inc., a corporation; Air Menzies International (USA), INC., a corporation; and Menzies Aviation (USA), INC., a corporation (collectively "Defendants"), by and through their counsel of record, hereby submit the following Joint Status Report.

Plaintiff brings an action under the California Labor Code Private Attorneys General Act of 2004 ("PAGA"). On July 21, 2022, Plaintiff and Defendants (collectively, "the Parties"), participated in a private mediation with experienced employment law mediator Steven Rottman. However, the mediation did not result in a resolution of Plaintiff's claims.

Prior to the mediation, on July 14, 2022, Defendant filed a motion to compel arbitration. After the mediation, on July 18, 2022, Defendant filed an amended notice of hearing on motion to compel arbitration. The Court subsequently struck the amended notice of hearing. On July 29, 2022, the Parties stipulated to continue the hearing on Defendant's motion to compel arbitration. On August 24, 2022, the Court informed the Parties that the motion would be taken under consideration without oral argument and the motion remains pending.

DATED: September 7, 2022         Respectfully Submitted,

**MATERN LAW GROUP, PC**

By: /s/ Max N. Sloves
Matthew J. Matern
Matthew W. Gordon
Max N. Sloves
Attorneys for Plaintiff Danny Lopez and other aggrieved employees

DATED: September 7, 2022        **FOLEY & LARDNER LLP**

By: /s/ Kevin Jackson
Chris Ward
Kevin Jackson
Attorneys for Defendants Aircraft Service International, Inc., Air Menzies International (USA), Inc., and Menzies Aviation (USA), Inc.

MATERN LAW GROUP
1230 ROSECRANS AVENUE
SUITE 200
MANHATTAN BEACH, CA
90266

-3-
JOINT STATUS REPORT