CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07108-DMG-Ex<br><br>**NOTICE OF APPEAL FILED BY DEFENDANTS AIRCRAFT SERVICE INTERNATIONAL, INC. AND MENZIES AVIATION (USA), INC.** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 9 U.S.C. Section 16(a)(1(B), notice is hereby given that defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.[1] (collectively, "Menzies"), in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the United States District Court for the Central District of California of its final minute order re motion to compel arbitration filed on December 9, 2022 (Dkt. # 39), attached hereto as Exhibit 1, wherein the District Court denied Defendants' motion to compel arbitration brought pursuant to the Federal Arbitration Act.  *See Hansen v. LMB Mortgage Services, Inc.*, 1 F.4th 667, 671 (9th Cir. 2021).  The District Court then entered this final order on December 13, 2022 (a copy of the docket demonstrating such is attached as Exhibit 2).  This Notice of Appeal is timely filed.  A representation statement is also attached.

DATED:  January 9, 2023

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

*/s/ Christopher Ward*
Christopher Ward

Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

---

[1] Named defendant "Air Menzies International (USA), Inc." is not an existent or proper entity and has no relationship to Plaintiff's employment with Menzies.  It has not been served nor responded to the Complaint and has no valid involvement in this case.

-1-   NOTICE OF APPEAL
Case No. 2:21-cv-07108-DMG-Ex

# REPRESENTATION STATEMENT

**Plaintiff Danny Lopez**

is represented by:

Matthew J. Matern, Esq.
Matthew W. Gordon, Esq.
Max N. Sloves, Esq.
Matern Law Group, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
Telephone: 310-531-1900
Email: mmatern@maternlawgroup.com
tagore@maternlawgroup.com
msloves@maternlawgroup.com


**Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.**

is represented by:

Christopher Ward, Esq.
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: 213-972-4500
Email: cward@foley.com

Kevin Jackson, Esq.
Foley & Lardner LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858-846-6700
Email: kjackson@foley.com