**EXHIBIT 2**

Query    Reports    Utilities    Help    Log Out

ACCO,(Ex),DISCOVERY,**MJDAP_OUT**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:21-cv-07108-DMG-E

Danny Lopez v. Aircraft Service International, Inc. et al
Assigned to: Judge Dolly M. Gee
Referred to: Magistrate Judge Charles F. Eick
Demand: $2,000,000
Case in other court: Los Angeles Superior Court, 21STCV26797
Cause: 28:1441 Notice of Removal - Labor/Mgmnt. Relations

Date Filed: 09/02/2021
Jury Demand: Plaintiff
Nature of Suit: 740 Labor: Railway Labor Act
Jurisdiction: Federal Question

**Plaintiff**

**Danny Lopez**
*individually, and on behalf of all other aggrieved employees*

represented by **Matthew W Gordon**
Matern Law Group PC
1230 Rosecrans Avenue Suite 200
Manhattan Beach, CA 90266
310-531-1900
Fax: 310-531-1901
Email: mgordon@maternlawgroup.com
*ATTORNEY TO BE NOTICED*

**Matthew John Matern**
Matern Law Group PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, CA 90266
310-531-1900
Fax: 310-531-1901
Email: mmatern@maternlawgroup.com
*ATTORNEY TO BE NOTICED*

**Max Neal Sloves**
Matern Law Group, PC
1230 Rosecrans Ave.
Suite 200
Manhattan Beach, CA 90266
310-531-1900
Email: msloves@maternlawgroup.com
*ATTORNEY TO BE NOTICED*

**Tagore Subramaniam**
Matern Law Group PC
1230 Rosecrans Avenue Suite 200
Manhattan Beach, CA 90266
310-531-1900
Fax: 310-531-1901
Email: tagore@maternlawgroup.com
*TERMINATED: 12/13/2022*

Exhibit 2 - Page 6

V.

**Defendant**

**Aircraft Service International, Inc.**
*a corporation*

represented by **Kevin Phillip Jackson**
Foley and Lardner LLP
555 Flower Street Suite 3300
Los Angeles, CA 90071
213-972-4500
Fax: 213-486-0065
Email: kjackson@foley.com
*ATTORNEY TO BE NOTICED*

**Christopher Gary Ward**
Foley and Lardner LLP
555 South Flower Street Suite 3300
Los Angeles, CA 90071-2411
213-972-4500
Fax: 213-486-0065
Email: cward@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Air Menzies International (USA), Inc.**
*a corporation*

represented by **Kevin Phillip Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Gary Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Menzies Aviation (USA), Inc.**
*a corporation*

represented by **Kevin Phillip Jackson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher Gary Ward**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1 through 50, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2021 | 1 | NOTICE OF REMOVAL from Los Angeles County Superior Court, case number 21STCV26797 Receipt No: ACACDC-31924239 - Fee: $402, filed by Defendants Menzies Aviation (USA), Inc., Air Menzies International (USA), Inc., Aircraft Service International, Inc.. (Attachments: # 1 Declaration of Christopher Ward, # 2 Exhibit A to Ward Declaration, # 3 Exhibit B to Ward Declaration, # 4 Exhibit C to Ward Declaration, # 5 Exhibit D to Ward Declaration) (Attorney Christopher Gary Ward added to party Air Menzies International (USA), Inc.(pty:dft), Attorney Christopher Gary Ward added to |

| | | |
|---|---|---|
| | | party Aircraft Service International, Inc.(pty:dft), Attorney Christopher Gary Ward added to party Menzies Aviation (USA), Inc.(pty:dft))(Ward, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | 2 | CIVIL COVER SHEET filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. (Ward, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | 3 | CORPORATE DISCLOSURE STATEMENT *and Certification and Notice of Interested Parties* filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc. identifying John Menzies, PLC as Corporate Parent. (Ward, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | 4 | PROOF OF SERVICE filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc., re Notice of Removal (Attorney Civil Case Opening),, 1 , Civil Cover Sheet (CV-71) 2 , Corporate Disclosure Statement, 3 served on 09/02/2021. (Ward, Christopher) (Entered: 09/02/2021) |
| 09/02/2021 | | CONFORMED COPY OF COMPLAINT against defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Does, Menzies Aviation (USA), Inc., Jury Demanded, filed by plaintiff Danny Lopez. (filed in state court 7/21/2021, submitted as document 1, attachment 2) (esa) (Entered: 09/03/2021) |
| 09/02/2021 | | CONFORMED COPY OF ANSWER to Complaint filed by defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc. (filed in state court 9/1/2021, submitted as document 1, attachment 3)(esa) (Entered: 09/03/2021) |
| 09/03/2021 | 5 | NOTICE TO COUNSEL re Magistrate Judge Direct Assignment Program. This case has been randomly assigned to Magistrate Judge Alka Sagar. (Attachments: # 1 CV11C) (esa) (Entered: 09/03/2021) |
| 09/03/2021 | 6 | PROOF OF SERVICE filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc., re Notice to Counsel (CV-20a) Magistrate Judge Direct Assignment Program - optional html form 5 served on 09/03/2021. (Ward, Christopher) (Entered: 09/03/2021) |
| 09/08/2021 | 7 | MINUTE (In Chambers) ORDER by Magistrate Judge Alka Sagar. This action has been assigned to the calendar of Magistrate Judge Alka Sagar under the Civil Consent Pilot Project. The parties are reminded to review the time requirements for consent set forth in the Notice to Counsel that was issued at the time of the filing of the complaint. Plaintiff is instructed to forthwith serve a copy of this Order on all parties that have already been served with the summons and complaint, or to serve all parties with a copy of this Order at the time of service of the summons and complaint. (hr) (Entered: 09/09/2021) |
| 09/09/2021 | 8 | DECLINED STATEMENT OF CONSENT TO PROCEED before the assigned Magistrate Judge filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. (Ward, Christopher) (Entered: 09/09/2021) |
| 09/10/2021 | 9 | NOTICE OF REASSIGNMENT of MJDAP case from Magistrate Judge Alka Sagar to Judge Dolly M. Gee for all further proceedings. Any discovery matters that may be referred to a Magistrate Judge are assigned to U.S. Magistrate Judge Charles F. Eick. The case number will now reflect the initials of the transferee Judges 2:21-cv-07108 DMG(Ex). (rn) (Entered: 09/10/2021) |
| 09/17/2021 | 10 | MINUTES OF IN CHAMBERS - REASSIGNMENT OF CASE TO JUDGE GEE by Judge Dolly M. Gee: Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order re |

| | | |
|---|---|---|
| | | Reassign Pursuant to General Order 12-02 filed on 9/10/2021. The case number will now read CV 21-7108-DMG (Ex). Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourts.gov. See document for further details. Court Reporter: Not Reported. (gk) (Entered: 09/17/2021) |
| 09/27/2021 | 11 | INITIAL STANDING ORDER upon filing of the complaint by Judge Dolly M. Gee. (kti) (Entered: 09/27/2021) |
| 09/27/2021 | 12 | SCHEDULING MEETING OF COUNSEL [Fed. R. Civ. P. 16, 26(f)] by Judge Dolly M. Gee. Rule 26 Meeting Report due by 10/29/2021. Scheduling Conference set for 11/12/2021 at 9:30 a.m. (See order for details.) (kti) (Entered: 09/27/2021) |
| 11/02/2021 | 13 | MINUTE ORDER IN CHAMBERS - ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES by Judge Dolly M. Gee. IT IS HEREBY ORDERED that the parties show cause in writing no later than November 9, 2021, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a Joint Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution. The scheduling conference on November 12, 2012 is hereby VACATED and will be rescheduled if necessary. (lom) (Entered: 11/02/2021) |
| 11/02/2021 | 14 | JOINT REPORT Rule 26(f) Discovery Plan filed by Plaintiff Danny Lopez.. (Subramaniam, Tagore) (Entered: 11/02/2021) |
| 11/08/2021 | 15 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee: On November 2, 2021, the Court received the parties' Joint Rule 26(f) Report 14 . As required by the Court's September 27, 2021 Order, counsel are required to file a Joint Rule 26(f) Report, attaching a worksheet (Exhibit A) 12 . To date, the worksheet has not been filed. The parties shall file their Joint Rule 26(f) Report, attaching the worksheet attached to the Court's September 27, 2021 Order, by no later than November 15. The deadline to the Order to Show Cause dated November 2, 2021 13 is extended to November 15, 2021. IT IS SO ORDERED. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 11/08/2021) |
| 11/15/2021 | 16 | JOINT REPORT Rule 26(f) Discovery Plan filed by Plaintiff Danny Lopez.. (Subramaniam, Tagore) (Entered: 11/15/2021) |
| 11/22/2021 | 17 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee. Having received the parties' Joint Rule 26(f) Report with the worksheet 16 , the Court hereby discharges the Order to Show Cause dated November 2, 2021 13 . IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 11/22/2021) |
| 11/29/2021 | 18 | ORDER/REFERRAL to ADR Procedure No 3 by Judge Dolly M. Gee. Case ordered to a private mediator based upon a stipulation of the parties or by the court order. ADR Proceeding to be held no later than 9/30/2022 (early mediation deadline); 5/30/22. Joint status report re settlement due 10/7/2022 (joint report re results of early mediation); 6/6/2022. (iv) (Entered: 11/29/2021) |
| 11/29/2021 | 19 | SCHEDULE OF PRETRIAL AND TRIAL DATES (JURY TRIAL) by Judge Dolly M. Gee. The Court deems a Scheduling Conference unnecessary and hereby vacates the hearing. Final Pretrial Conference set for 6/27/2023 at 2:00 PM before Judge Dolly M. Gee. Jury Trial set for 7/25/2023 at 8:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Schedule of Pretrial and Trial Dates) (bm) (Entered: 11/30/2021) |
| 02/04/2022 | 20 | NOTICE OF MOTION AND MOTION to Stay Case *All Further Litigation* filed by Defendant Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. Motion set |

| | | |
|---|---|---|
| | | for hearing on 3/18/2022 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Talin Bazerkanian, # 3 Proposed Order) (Ward, Christopher) (Entered: 02/04/2022) |
| 02/07/2022 | 21 | Notice of Withdrawal of Motion to Stay Case, 20 filed by Defendants Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. (Ward, Christopher) (Entered: 02/07/2022) |
| 03/08/2022 | 22 | NOTICE OF MOTION AND MOTION to Stay Case *All Further Litigation* filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. Motion set for hearing on 4/8/2022 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Memorandum of Points and Authorities, # 2 Declaration of Kevin Jackson, # 3 Declaration of Talin Bazerkanian, # 4 Proposed Order) (Ward, Christopher) (Entered: 03/08/2022) |
| 03/14/2022 | 23 | Notice of Appearance or Withdrawal of Counsel: for attorney Matthew W Gordon counsel for Plaintiff Danny Lopez. Adding Matthew W. Gordon as counsel of record for Plaintiff Danny Lopez for the reason indicated in the G-123 Notice. Filed by Plaintiff Danny Lopez. (Attorney Matthew W Gordon added to party Danny Lopez(pty:pla))(Gordon, Matthew) (Entered: 03/14/2022) |
| 03/14/2022 | 24 | NOTICE of Interested Parties filed by Plaintiff Danny Lopez, (Gordon, Matthew) (Entered: 03/14/2022) |
| 03/18/2022 | 25 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Stay Case *All Further Litigation* 22 filed by Plaintiff Danny Lopez. (Attachments: # 1 Declaration) (Sloves, Max) (Entered: 03/18/2022) |
| 03/25/2022 | 26 | REPLY in Support of NOTICE OF MOTION AND MOTION to Stay Case *All Further Litigation* 22 filed by Defendants Air Menzies International (USA), Inc., Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. (Ward, Christopher) (Entered: 03/25/2022) |
| 04/05/2022 | 27 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee. Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.'s Motion to Stay All Further Litigation 22 hearing on April 8, 2022 shall take place by Zoom Videoconference ("Zoom") and the clerk shall email the video link to the parties. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 04/05/2022) |
| 04/07/2022 | 28 | MINUTES OF IN CHAMBERS - ORDER RE DEFENDANTS' MOTION TO STAY by Judge Dolly M. Gee: The Court DENIES Defendants' Motion to Stay 22 . The 4/8/2022 hearing is VACATED. See document for further details. Court Reporter: Not Reported. (gk) (Entered: 04/07/2022) |
| 07/14/2022 | 29 | NOTICE OF MOTION AND MOTION to Compel Arbitration filed by Defendants Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. Motion set for hearing on 8/19/2022 at 09:30 AM before Judge Dolly M. Gee. (Attachments: # 1 Declaration of Kevin Jackson, # 2 Declaration of Talin Bazerkanian, # 3 Proposed Order) (Ward, Christopher) (Entered: 07/14/2022) |
| 07/18/2022 | 30 | [DOCUMENT STRICKEN PER RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS ON 7/21/2022, SEE DOCKET NO. 32] Amended NOTICE OF MOTION AND MOTION to Compel Arbitration filed by Defendants Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. Motion set for hearing on 8/26/2022 at 09:30 AM before Judge Dolly M. Gee. (Ward, Christopher) Modified on 7/22/2022 (gk). (Entered: 07/18/2022) |

Exhibit 2 - Page 10

| | | |
|---|---|---|
| 07/20/2022 | 31 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Amended NOTICE OF MOTION AND MOTION to Compel Arbitration 30 . The following error(s) was/were found: Defendants must file an appropriate pleading for the judge's approval in order to continue the hearing date from 8/19/2022 to 8/26/2022. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (gk) (Entered: 07/20/2022) |
| 07/21/2022 | 32 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS by Clerk RE: Defendants' Amended Notice of Hearing filed 7/18/2022 30 . The document is stricken. (gk) (Entered: 07/22/2022) |
| 07/29/2022 | 33 | STIPULATION to Continue Hearing on Motion to Compel Arbitration from 08/19/2022 to 08/26/2022 Re: NOTICE OF MOTION AND MOTION to Compel Arbitration 29 filed by Defendants Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. (Attachments: # 1 Proposed Order)(Ward, Christopher) (Entered: 07/29/2022) |
| 07/29/2022 | 34 | PLAINTIFFS OPPOSITION TO AIRCRAFT SERVICE INTERNATIONAL, INC.S AND MENZIES AVIATION (USA), INC.S MOTION TO COMPEL ARBITRATION re: NOTICE OF MOTION AND MOTION to Compel Arbitration 29 filed by Plaintiff Danny Lopez. (Attachments: # 1 Declaration OF DANNY LOPEZ IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION)(Matern, Matthew) (Entered: 07/29/2022) |
| 08/01/2022 | 35 | ORDER CONTINUING HEARING ON MOTION TO COMPEL ARBITRATION by Judge Dolly M. Gee: Upon Stipulation 33 , the Court hereby continues the hearing date on Motion to Compel Arbitration 29 to 8/26/2022 at 09:30 AM before Judge Dolly M. Gee. Defendants' reply brief shall be due to be filed in accordance with the new hearing date, pursuant to Local Rule 7-11. (gk) (Entered: 08/02/2022) |
| 08/12/2022 | 36 | REPLY in Support of NOTICE OF MOTION AND MOTION to Compel Arbitration 29 filed by Defendants Aircraft Service International, Inc., Menzies Aviation (USA), Inc.. (Attachments: # 1 Declaration Supplemental Declaration of Talin Bazerkanian)(Ward, Christopher) (Entered: 08/12/2022) |
| 08/24/2022 | 37 | (IN CHAMBERS) ORDER by Judge Dolly M. Gee: The Court finds that Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration 29 30 presently scheduled for hearing on August 26, 2022, is appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. L.R. 7-15. Accordingly, the motion is taken UNDER SUBMISSION and the hearing is vacated. IT IS SO ORDERED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kti) TEXT ONLY ENTRY (Entered: 08/24/2022) |
| 09/07/2022 | 38 | STATUS REPORT *Joint Status Report* filed by Plaintiff Danny Lopez. (Sloves, Max) (Entered: 09/07/2022) |
| 12/09/2022 | 39 | MINUTES OF IN CHAMBERS - ORDER DENYING DEFENDANTS' MOTION TO COMPEL ARBITRATION 29 by Judge Dolly M. Gee. See document for details. Court Reporter: Not Reported. (gk) (Entered: 12/13/2022) |
| 12/13/2022 | 40 | Notice of Appearance or Withdrawal of Counsel: for attorney Matthew W Gordon counsel for Plaintiff Danny Lopez. Tagore O. Subramaniam is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by Plaintiff Danny Lopez. (Gordon, Matthew) (Entered: 12/13/2022) |

Exhibit 2 - Page 11