1  CHRISTOPHER WARD, CA Bar No. 238777
      cward@foley.com
2  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   PHONE: 213.972.4500 / FAX: 213.486.0065
4
   KEVIN JACKSON, CA Bar No. 278169
5      kjackson@foley.com
   **FOLEY & LARDNER LLP**
6  11988 EL CAMINO REAL, SUITE 400
   SAN DIEGO, CA 92130-2594
7  PHONE: 858.847.6700 / FAX: 858.792.6773

8  Attorneys for Defendants AIRCRAFT
   SERVICE INTERNATIONAL, INC. and
9  MENZIES AVIATION (USA), INC.

10 MATTHEW J. MATERN (SBN 159798)
   mmatern@maternlawgroup.com
11 MATTHEW W. GORDON (SBN 267971)
   mgordon@maternlawgroup.com
12 MAX N. SLOVES (SBN 217676)
   msloves@maternlawgroup.com
13 **MATERN LAW GROUP, PC**
   1230 ROSECRANS AVENUE, SUITE 200
14 MANHATTAN BEACH, CA 90266
   PHONE: 310-531-1900 / FAX: 310-531-1901
15
16 Attorneys for Plaintiff DANNY LOPEZ, individually, and
   on behalf of other aggrieved employees

17
             **UNITED STATES DISTRICT COURT**
18
       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**
19

20

| | |
|---|---|
| 21  DANNY LOPEZ, individually, and on behalf of all other aggrieved employees, | Case No. 2:21-cv-07108-DMG-Ex |
| 22                                      Plaintiff, | **STIPULATION TO STAY CASE AND VACATE SCHEDULING ORDER** |
| 23         vs. | |
| 24  AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive, | Judge:   Hon. Dolly M. Gee<br>Ctrm.:   8C, 8th floor |
| 25 | |
| 26 | Case Removed: September 2, 2021 |
| 27                                      Defendants. | |
| 28 | |

Plaintiff Danny Lopez ("Plaintiff") and Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc.[1] ("Defendants") (collectively the "Parties") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 14, 2022, Defendants filed a Motion to Compel Arbitration [Dkt. 29].

WHEREAS, on December 9, 2022, the Court denied Defendants' Motion to Compel Arbitration [Dkt. 39].

WHEREAS, the denial of a Motion to Compel Arbitration is immediately appealable pursuant to the Federal Arbitration Act.

WHEREAS, Defendants filed a Notice of Appeal on January 9, 2023 [Dkt. 41].

WHEREAS, the Ninth Circuit has set a briefing schedule for briefs due between March 2023 and May 2023, but has not yet scheduled a hearing on Defendants' appeal.

WHEREAS, pursuant to the Court's Scheduling Order, the discovery cutoff is scheduled for March 21, 2023 and trial is presently scheduled for July 25, 2023 [Dkt. 19].

WHEREAS, given the scheduling of the appellate deadlines, it appears likely the appeal will not be resolved until after the discovery cutoff and the trial date.

WHEREAS, given the implications of the appeal and the impact on this case—namely, whether it proceeds on a class basis in court or an individual basis in arbitration—there exists a substantial waste of judicial and party resources if this matter is not stayed pending resolution of the appeal.

WHEREAS, the Parties hereby request the stay of this case pending the resolution of the appeal and request the scheduling order be vacated and re-set once the appeal is resolved.

NOW THEREFORE, the Parties jointly stipulate and request that the Court enter an Order staying this action in its entirety until the resolution of the appeal and that the scheduling order be vacated and re-set once appeal has been resolved.

---

[1] Named defendant "Air Menzies International (USA), Inc." is not an existent or proper entity and has no relationship to Plaintiff's employment with Menzies. It has not been served nor responded to the Complaint and has no valid involvement in this case.

**IT IS SO STIPULATED.**

DATED: March 14, 2023       **FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

*/s/ Christopher Ward*
Christopher Ward
Attorneys for Defendants AIRCRAFT SERVICE INTERNATIONAL, INC. and MENZIES AVIATION (USA), INC.

DATED: March 14, 2023       **MATERN LAW GROUP, PC**

*/s/ Max N. Sloves*
Matthew J. Matern
Matthew W. Gordon
Max N. Sloves
Attorneys for Plaintiff DANNY LOPEZ, individually and on behalf of other aggrieved employees

\* Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing content and has authorized this filing.

DATED: March 14, 2023       */s/ Christopher Ward*
Christopher Ward