CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
PHONE:  213.972.4500 / FAX:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
PHONE:  858.847.6700 / FAX:  858.792.6773

Attorneys for Defendants AIRCRAFT
SERVICE INTERNATIONAL, INC. and
MENZIES AVIATION (USA), INC.

MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
MAX N. SLOVES (SBN 217676)
msloves@maternlawgroup.com
**MATERN LAW GROUP, PC**
1230 ROSECRANS AVENUE, SUITE 200
MANHATTAN BEACH, CA 90266
PHONE:  310-531-1900 / FAX:  310-531-1901

Attorneys for Plaintiff DANNY LOPEZ, individually, and
on behalf of other aggrieved employees

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees, <br><br> Plaintiff, <br><br> vs. <br><br> AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:21-cv-07108-DMG-Ex <br><br> **[PROPOSED] ORDER STAYING CASE AND VACATING SCHEDULING ORDER** <br><br> Judge:        Hon. Dolly M. Gee <br> Ctrm.:        8C, 8th floor <br><br> Case Removed: September 2, 2021 |

Pursuant to the Parties' Stipulation to Stay Case and Vacate Scheduling Order, and good cause appearing, the Court hereby stays this action in its entirety until the resolution of the appeal and vacates the scheduling order and will re-set once appeal has been resolved.

**IT IS SO ORDERED.**


DATED: _____

_____
Hon. Dolly M. Gee
United States District Judge

4872-2195-0800.1