**STAYED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of all other aggrieved employees,<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 21-7108-DMG (Ex)<br><br>**ORDER STAYING CASE AND VACATING SCHEDULING ORDER [44]** |

1       Pursuant to the Parties' Stipulation to Stay Case and Vacate Scheduling Order, and

2  good cause appearing, the Court hereby STAYS this action in its entirety until the

3  resolution of the appeal and VACATES the scheduling order.  The parties shall file a

4  Joint Status Report within 10 days after the resolution of the appeal, proposing new dates

5  and deadlines if appropriate.

6

7  **IT IS SO ORDERED.**

8

9

10  DATED:  March 16, 2023

11                               DOLLY M. GEE
                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28