MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
MATTHEW W. GORDON (SBN 267971)
mgordon@maternlawgroup.com
IRINA A. KIRNOSOVA (SBN 312565)
ikirnosova@maternlawgroup.com
MATERN LAW GROUP, PC
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiff
DANNY LOPEZ, individually, and on behalf of other aggrieved employees

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LOPEZ, individually, and on behalf of other aggrieved employees<br><br>Plaintiff,<br><br>vs.<br><br>AIRCRAFT SERVICE INTERNATIONAL, INC., a corporation; AIR MENZIES INTERNATIONAL (USA), INC., a corporation; MENZIES AVIATION (USA), INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 21-7108-DMG (Ex)<br><br>[Assigned to the Hon. Dolly M. Gee, Courtroom 8C]<br><br>**JOINT STATUS REPORT**<br><br>Action Filed:     July 21, 2021<br>Removal Date:  September 2, 2021<br>Trial Date:         None set |

-1-

Plaintiff Danny Lopez ("Plaintiff") and Defendants Aircraft Service International, Inc. and Menzies Aviation (USA), Inc. (collectively, "Defendants"[1]), by and through their counsel of record, hereby submit the following Joint Status Report pursuant to the Court's September 20, 2024 order. Doc. # 50.

## I. STATUS OF DISCOVERY

### A. Plaintiff's Statement

On December 9, 2022, the Court issued an order denying Defendants' motion to compel arbitration. Doc. # 39.

On December 14, 2022, Plaintiff served Requests for Production of Documents and Interrogatories on Defendants. On the same date, Plaintiff also served a deposition notice on each Defendant pursuant to Fed. R. Civ. P. 30(b)(6).

On January 9, 2023, Defendants filed a Notice of Appeal regarding the Court's order denying Defendants' motion to compel arbitration. Doc. # 41.

On March 14, 2023, the parties filed a Stipulation to Stay Case and Vacate Scheduling Order. Doc. # 44. On March 16, 2023, the Court entered an order vacating the scheduling order and staying this action in its entirety until the resolution of the appeal. Doc. # 45.

Defendants have agreed to serve responses by October 24, 2024 to the discovery propounded by Plaintiff on December 14, 2022. Given that Defendants have not responded to discovery or produced any documents and no depositions have taken place, Plaintiff requests that the Court set the non-expert discovery cut-off in approximately five months.

### B. Defendants' Statement

Defendants are working on a petition for certiorari to the United States Supreme Court that is due to be filed by November 27, 2024. In the event the

---

[1] Defendants have previously notified the Court that Air Menzies International (USA), Inc. does not exist and is not a proper defendant in this matter, and Plaintiff has not contested it such that the "Court disregards this defendant." (*See* Dkt. No. 39.)

Supreme Court grants certiorari, Defendants believe a further stay of this action will be necessary and required. In the interim however, Defendant will proceed with discovery responses as indicated in Plaintiff's Statement *supra*.

## II. ALTERNATIVE DISPUTE RESOLUTION

### A. Plaintiff's Statement

The parties participated in a private mediation on July 21, 2022. Defendants refused to produce any data for other aggrieved employees prior to the mediation. As a result, the mediation was unsuccessful.

Plaintiff is open to participating in another mediation if Defendants produce the timekeeping and pay records for all other allegedly aggrieved employees in advance of the mediation, as well as all applicable written policies and collective bargaining agreements.

### B. Defendants' Statement

Defendant will proceed with discovery responses as indicated in Plaintiff's Statement *supra*. At this time however, Defendants cannot evaluate the prospects or utility of mediation until it knows whether the Supreme Court will grant certiorari review of this matter.

## III. PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Matter | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| **Trial** [X] Court [ ] Jury<br>Duration estimate: 15 days | 7-15-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| **Final Pretrial Conference**<br>(4 weeks before trial) | 6-17-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |

| Matter | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-4-25 | 3-4-25 |
| Motion Cut-Off (filing deadline) | 3-14-25 | 3-14-25 |
| Last hearing date for dispositive motions | 4-11-25 | 4-11-25 |
| Initial Expert Disclosure & Report Deadline | 4-8-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Rebuttal Expert Disclosure & Report Deadline | 5-6-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Settlement Conference Completion Date | 5-13-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Joint Status Report re Settlement | 5-20-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 5-20-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Motions in Limine Filing Deadline | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Opposition to Motions in Limine Filing Deadline | 6-3-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |

| Matter | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Proposed Pretrial Conference Order | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Contentions of Fact/Law | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Pretrial Exhibit Stipulation | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Joint Exhibit List | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Witness Lists & Joint Trial Witness Time Estimate Form | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Agreed Statement of the Case | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Proposed Voir Dire Questions | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' |

| Matter | Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| | | forthcoming petition |
| Verdict Forms | 5-27-25 | No date should be set until the Supreme Court has acted on Defendants' forthcoming petition |

DATED:  September 26, 2024        Respectfully submitted,

MATERN LAW GROUP, PC

By: */s/ Matthew W. Gordon*
    Matthew J. Matern
    Matthew W. Gordon
    Irina A. Kirnosova
    Attorneys for Plaintiff Danny Lopez

DATED:  September 26, 2024        FOLEY & LARDNER LLP

By: */s/ Christopher Ward*
    Christopher Ward
    Kevin Jackson
    Attorneys for Defendants Aircraft Service International, Inc., Air Menzies International (USA), Inc., and Menzies Aviation (USA), Inc.

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, Plaintiff's counsel attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Matthew W. Gordon*
    Matthew W. Gordon
    Attorney for Plaintiff Danny Lopez